LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com
(410) 332-8550

(WRITER'S DIRECT DIAL NO.)                                    (DIRECT FAX NO.)

(410) 332-8584                                                 (410) 332-8594

May 21, 2002

**HAND DELIVERED**

Honorable Catherine C. Blake
United States District Court Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    Antwerpen Chevrolet, Ltd., *et al.*
            v. Resolution Providers, Inc., *et al.*
            <u>Civil Action No. CCB-02-CV-1271</u>

Dear Judge Blake:

       I am writing on behalf of all parties in the above-captioned case. The individual defendants, Mark McDonald and Carol Stevens, were served later than the corporate defendant, and will not be filing a response to the Complaint until May 28, 2002. However, counsel for the corporate defendant also will be representing the two individual defendants.



       Counsel for the parties have discussed your Scheduling Order, and would respectfully request certain modifications. Counsel believe that they will be able to consult with their clients and meet the deadline of May 29, 2002 with respect to a settlement conference, a report regarding deposition hours, and whether there is consent to proceed before a Magistrate Judge. With respect to the remainder of the Scheduling Order, after conferring with regard to counsel's respective trial, hearing and vacation schedules, it is requested that each of the dates in the Scheduling Order beginning with the date of July 1, 2002 be extended for 14 days. Thus, the Scheduling Order would be modified to provide the following deadlines:



**NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.**

Honorable Catherine C. Blake
May 21, 2002
Page Two

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | July 15, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | July 29, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | August 27, 2002 |
| Plaintiff's rebuttal Rule 26A(a)(2) disclosures re experts | September 10, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 17, 2002 |
| **Discovery deadline: submission of status report** | October 11, 2002 |
| Requests for admissions | October 18, 2002 |
| **Dispositive pretrial motions deadline** | November 1, 2002 |

Respectfully,

*[signature]*

Price O. Gielen

POG:pd

*[handwritten: Approved /s/ CCBlake USDJ 5-21-02]*

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

Honorable Catherine C. Blake
May 21, 2002
Page Three


cc:  J. Brian Cashmere, Esquire
     Kathleen Olden Barnes, Esquire
     Justin Hawkins, Esquire
     (By Fax Machine – 703-893-8029)

     Mr. Jeffrey Gruver
     (By Fax Machine – 410-531-2211)

     Mr. Stanford D. Hess
     (By Fax Machine – 410-869-8194)


167481 – 1730.2