


# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

| | | |
|---|---|---|
| Antwerpen Chevrolet, Ltd., et. al. | * | |
| Plaintiffs | | |
| | * | |
| vs | | |
| Resolution Providers, Inc. et. al. | * | Civil Action No. CCB02CV1271 |
| Defendants | | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, J. Brian Cashmere, Esquire, a member in good standing of the Bar of this Court, moves the admission of Justin Scott Hawkins, Esquire to appear pro hac vice in the captioned proceeding as counsel for Resolution Providers, Inc. ("RPI"). My Federal Bar number is 14170.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admitee is a member in good standing of the Bar of the Commonwealth of Virginia, date of admission, 2000.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4.  The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he will be subject to the disciplinary jurisdiction of this Court.

5.  Co-counsel for the proposed admittee in this proceeding will be J. Brian Cashmere, Esquire, who has been formally admitted to the bar of this Court.

6.  It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully Submitted,

MOVANT:

_____
Signature

J. Brian Cashmere, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Dr., Suite 400
McLean, Virginia  22102
O:    703-749-1000
Fax:  703-893-8029

Md. U.S.D.C. Bar No.: 14170

PROPOSED ADMITTEE:

_____
Signature

Prid 288143
Plid 113836

Justin Scott Hawkins, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Dr., Suite 400
McLean, Virginia  22102
O:    703-749-1000
Fax:  703-893-8029

## ORDER

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 13  A 11: 54

Motion _____✓_____ GRANTED

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

Motion _____ DENIED

_____6/12/02_____  _____[signature]_____
Dated                                Judge, U.S. District Court



## CERTIFICATE OF SERVICE

I hereby certify that on this __7__ day of __June__, 2002, the foregoing Resolution Providers, Inc.'s Motion for Admission Pro Hac Vice and Order was sent first-class, postage prepaid to Price O. Gielen, Esq., at Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., One South Street, 27th Floor, Baltimore, Maryland 21202.

_____
J. Brian Cashmere, Esq.

4