FEE PAID
# 11 3/0-22
FEE NOT PAID
(SEND LETTER)

**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 1 0 2002

CLERK U.S. DISTRICT ...
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| Antwerpen Chevrolet, Ltd., et. al. | * | |
| Plaintiffs | * | |
| vs | | |
| Resolution Providers, Inc. et. al. | * | Civil Action No. CCB02CV1271 |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, J. Brian Cashmere, Esquire, a member in good standing of the Bar of this Court, moves for the admission of Kathleen Olden Barnes, Esquire to appear pro hac vice in the captioned proceeding as counsel for the Defendants. My Federal Bar number is 14170.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar of the Commonwealth of Virginia, date of admission, 1989; District of Columbia 1992; United States Court of Appeals, Fourth Circuit, 1989; United States District Court, Eastern District of Virginia, 1990; United States Court of Federal Claims, 1994; United States Federal Circuit, 1998.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this court.



3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4.  The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that she will be subject to the disciplinary jurisdiction of this Court.

5.  Co-counsel for the proposed admittee in this proceeding will be J. Brian Cashmere, Esquire, who has been formally admitted to the bar of this Court.

6.  It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully Submitted,

MOVANT:  
_/s/_  
Signature

J. Brian Cashmere, Esq.  
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.  
7929 Westpark Dr., Suite 400  
McLean, Virginia 22102  
O:   703-749-1000  
Fax: 703-893-8029

Md. U.S.D.C. Bar No.: 14170

PROPOSED ADMITTEE:  
_/s/ Kathleen Olden Barnes_  
Signature  
Prid 288144  
Plid 113836

Kathleen Olden Barnes, Esq.  
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.  
7929 Westpark Dr., Suite 400  
McLean, Virginia 22102  
O:   703-749-1000  
Fax: 703-893-8029

**ORDER**

```
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 13  A 11: 55

CLERK'S OFFICE
AT BALTIMORE
```

Motion _____✓_____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

Motion _____ DENIED

_6/12/02_
Dated

_____
Judge, U.S. District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7 day of June, 2002, the foregoing Defendants' Motion for Admission Pro Hac Vice and Order was sent first-class, postage prepaid to Price O. Gielen, Esq., at Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., One South Street, 27th Floor, Baltimore, Maryland 21202.

J. Brian Cashmere