IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTWERPEN CHEVROLET, LTD., ET AL.   :

v.   :   CIVIL NO. CCB-02-1271

RESOLUTION PROVIDERS, INC., ET AL.   :

...oOo...

## ORDER

Upon consideration of Plaintiffs' Motion to Amend Complaint, and the defendants' Response it is this _9th_ day of September, 2002, **ORDERED**:

(1) Plaintiffs' motion is hereby **Granted**;

(2) Plaintiffs' proposed Amended Complaint is accepted for filing;

(3) the discovery deadline and status report due date are extended until **January 10, 2003**;

(4) requests for admission are due **January 17, 2003**;

(5) dispositive motions are due **February 10, 2003**; and

(6) the Clerk shall send copies of this Order to counsel of record.

_____
Catherine C. Blake
United States District Judge

