LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

PRICE O. GIELEN
(410) 332-8584

FAX NO.
(410) 332-8561
POG@NQGRG.COM

November 19, 2002

**HAND DELIVERED**

Honorable Catherine C. Blake
United States District Court Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> RE: Antwerpen Chevrolet, Ltd., et al.
> v. Resolution Providers, Inc., et al.
> <u>Civil Action No. CCB-02-CV-1271</u>

Dear Judge Blake:

We have now received a partial ruling from Magistrate Judge Susan K. Gauvey relating to the numerous documents sought from the Defendants since June, 2002. It has taken this extended period of time to obtain a ruling in large measure due to the lengthy procedures set out in the local rules for the prosecution of a motion to compel. With this ruling, and a second ruling which Magistrate Gauvey has indicated will be forthcoming in the near future, the parties will be able to continue and complete the discovery process. However, due to the delay, the upcoming holidays and outstanding commitments, it is necessary to request an extension of the discovery deadlines. The parties would suggest 90 additional days for discovery. Therefore, the proposed new dates for discovery and other deadlines are as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: Experts | January 31, 2003 |
| Defendant's Rule 26(a)(2) disclosures re: Experts | February 21, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: Experts | March 7, 2003 |

Approved.
CCBlake 11-19-02
USDJ

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

Honorable Catherine C. Blake
November 19, 2002
Page 2

       Discovery Deadline and Status Report due       April 10, 2003
       Requests for Admission due       April 17, 2003
       Dispositive Motions       May 12, 2003

Although this letter is signed by counsel for the Plaintiff, it is a joint request by all parties. Counsel for the Defendants has reviewed the letter and is in agreement with the request for extension.

       Respectfully,

       *[signature]*
       Price O. Gielen

POG:pd

cc:    Justin Hawkins, Esquire
       (By Fax Machine -- 703-893-8029)

       Mr. Jeffrey Gruver
       (By Fax Machine -- 410-531-2211)

       Mr. Stanford D. Hess
       (By Fax Machine -- 410-869-8194)

175583 -- 1730.2