IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTWERPEN CHEVROLET, LTD., :
et al. :
 :
 :
 v. : Civil Action No. CCB-02-1271
 :
 :
RESOLUTION PROVIDERS, INC., :
et al. :
 :

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. plaintiffs' request for leave to amend their complaint is **GRANTED**;

2. the amended complaint shall be filed no later than January 6, 2003;

3. defendants' motion for judgment on the pleadings (Docket No. 30) is **DENIED WITHOUT PREJUDICE**; and

4. copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

12/12/02
Date

Catherine C. Blake
United States District Judge