IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> RESOLUTION PROVIDERS, INC., et al., : <br> : <br> Defendants. : | Civil Action No.  CCB02CV1271 |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW, Counsel for Defendants, Watt, Tieder, Hoffar & Fitzgerald, L.L.P. ("WTHF"), pursuant to Local Rule 101.2, hereby moves for leave to withdraw its representation of Resolution Providers, Inc. ("RPI") in the above captioned matter, and would show this Honorable Court as follows:

1.  Circumstances are such that WTHF's differences with RPI are irreconcilable, and WTHF is permitted to withdraw its representation pursuant to Maryland Rules of Professional Conduct 1.16(b)(4) and (5).

2.  WTHF has complied with the notice requirements of Local Rule 101.2(a) and (b).  (See attached Certificate of Notice of Withdrawal).

WHEREFORE, WTHF respectfully requests this Honorable Court to grant leave for WTHF to withdraw from representation of the individual Defendants in this action.

Respectfully submitted this 3rd day of March 2003.

                                      J. Brian Cashmere, Esquire
Federal Bar No. 14170
Kathleen Olden Barnes, Esquire
Justin S. Hawkins, Esquire
WATT, TIEDER, HOFFAR &
  FITZGERALD, L.L.P.
7929 Westpark Drive, Suite 400
McLean, VA 22102
Office: 703-749-1000
Fax: 703-893-8029

Counsel for Defendant,
Resolution Providers, Inc.

## Certificate of Service

I hereby certify that on March 3rd, 2003, I caused a true copy of the Motion For Leave to Withdraw via First Class U.S. mail to:

>Price O. Gielen, Esquire
>Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
>27th Floor
>One South Street
>Baltimore, MD  21202

_____
Justin S. Hawkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

ANTWERPEN CHEVROLET, LTD., et al., :
:
Plaintiffs, :
:
v. :  Civil Action No.  CCB02CV1271
:
:
RESOLUTION PROVIDERS, INC., et al., :
:
Defendants. :

### CERTIFICATE OF NOTICE OF WITHDRAWAL

    I hereby certify that on February 24, 2003, via Certified U.S. Mail and U.S. First Class Mail, I advised the client, Resolution Providers, Inc. ("RPI") in writing, of counsel's proposed withdrawal and advised the client to have new counsel enter an appearance.  RPI's last known address is P.O. Box 336, Manasquan, NJ  08736.

_____
Justin S. Hawkins

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. CCB02CV1271 |
| RESOLUTION PROVIDERS, INC., et al., | : |
| Defendants. | : |

### ORDER

On this _____ day of March 2003, Counsel for RPI, Watt, Tieder, Hoffar & Fitzgerald, L.L.P.'s Motion For Leave to Withdraw is hereby GRANTED.

_____
CATHERINE C. BLAKE
United States District Court Judge