# CHECK REQUEST

TO:       <u>Carol Stevens</u>

FROM:    <u>Stacey Bond</u>

DATE:    <u>January 12, 2000</u>

---

Payable To:        <u>Toyota Motor Credit Corp.</u>

<u>P.O. Box 8040  Attn: Troy Lingenfelter</u>

<u>Hunt Valley, MD  21030 – 8040</u>

Check Amount:     <u>$ 4,921.11</u>

Reason:            <u>Gap claim paid by "GN" for Bernard</u>

<u>Esposito, Check payable to RPI</u>

<u>Needs to be made payable to creditor.</u>

Return To:         <u>Stacey L. Bond</u>

Approved By:

**1**

Lee and Mason Financial Services, Inc.
Claim Settlement Worksheet

01/10/00 11:05:56 AM

Claim Number:          30333

Borrower:     ESPOSITO, BERNARD J

Lender:       1502001      RPI-Contractual Liability Program

Policy:       ZKG1502001

GAP - Settlement Options

OPTION 3:

| | | |
|---|---|---|
| Gross Unpaid Balance: | $22,527.80 | |
| Less Primary Insurance Settlement: | $13,320.90 | |
| Less Primary Deductible: | $0.00 | |
| Less Unearned Interest: | $4,285.79 | |
| Less Unearned Credit Insurance Premium: | $0.00 | |
| Less Unearned Service Contract: | $0.00 | |
| Less Late Charges: | $0.00 | |
| Less         0 payments at:      $0.00 | $0.00 | |
| Less Deductible: | $0.00 | |
| Less Prior Damage: | $0.00 | $4,921.11 |

Selected Option: 3    Pay:    $4,921.11

Prepared by:   Terry J. Poulin

Notes:



| | DRAFT ISSUED AT | | INSURED/LENDER | | LENDER NUMBER | DRAFT NUMBER |
|---|---|---|---|---|---|---|
| 02 0/00 | Northville, NY | TJP | RPI-Contractual Liability Program | | 1502001 | 880195 |
| NUMBER | CO. NO. | STATE/PRODUCT/CVG | RETAIL PURCHASER/BORROWER | | CLM. OFF./CLM. # | DATE OF LOSS |
| ZKGI502001 | .51 | 29-71-02 | ESPOSITO, BERNARD J | | 51-30333 | 10/03/99 |
| OF PAYMENT/COVERAGE CODE | | POLICY EFF. DATE | POLICY EXP. DATE | TRANS | AGENT CODE | CAT. NO. |
| Gap Settlement | | 07/22/99 | 07/22/04 | 180 | 150 | |

VOID AFTER 90 DAYS

*********4921**DOLLARS & 11/100******************     DOLLARS     $4,921.11

*********4921**DOLLARS & 11/100******************

PAYABLE THROUGH **TOWN NORTH NATIONAL BANK**-PO BOX 814810, FARMERS BRANCH, TX 73581-4810

Guaranty National Insurance Company
INTERCON GENERAL AGENCY, INC.

TO THE ORDER OF

RPI-Contractual Liability Program
1720 Highway 34
PO Box 1140
Wall            NJ   07719

AUTHORIZED SIGNATURE

⑈111904503⑈ ⑈004 312 5⑈

| | | | | |
|---|---|---|---|---|
| Claim Number: | 30333 | TJP | Gross Unpaid Balance | $22,527.80 |
| | | | Less Primary Insurance Settlement | ($13,320.90) |
| Draft Number: 880195 | 01/10/00 | | Less Unearned Interest | ($4,285.79) |
| Borrower: | ESPOSITO, BERNARD J | | Total | $4,921.11 |



RECEIVED
JAN 12 2000

RPI-Contractual Liability Program
1720 Highway 34
PO Box 1140
Wall            NJ   07719

| | | | | |
|---|---|---|---|---|
| Claim Number: | 30333 | TJP | Gross Unpaid Balance | $22,527.80 |
| | | | Less Primary Insurance Settlement | ($13,320.90) |
| Draft Number: 880195 | 01/10/00 | | Less Unearned Interest | ($4,285.79) |
| Borrower: | ESPOSITO, BERNARD J | | Total | $4,921.11 |



RECEIVED
JAN 12 2000

RPI-Contractual Liability Program
1720 Highway 34
PO Box 1140
Wall            NJ   07719

**3**



RPI

RESOLUTION PROVIDERS INC.
1720 HIGHWAY 34
P.O. BOX 1140
WALL, NJ 07719

SUMMIT BANK
BRIELLE, NJ 08730
55-216/212 - 348

001674

1/21/'00

$ 4,921.11

TO THE
ORDER OF    Toyota Motor Credit Corp

Four Thousand Nine Hundred Twenty-One and 11/100    DOLLARS

Toyota Motor Credit Corp

⑈"001674"⑈  ⑉:021202162:⑊  4348⑈00645  9"⑈

001674

SOLUTION PROVIDERS INC.                    1/21/'00        4,921.11

    Toyota Motor Credit Corp
GAP claim

001674

ESOLUTION PROVIDERS INC.                   1/21/'00        4,921.11

    Toyota Motor Credit Corp
GAP claim

4,921.11

RPI III        GAP claim 14211 Esposito

4,921.11

RPI III        GAP claim 14211 Esposito        4

# CHECK REQUEST

TO: **Carol Stevens**

FROM: **Stacey Bond**

DATE: **January 12, 2000**

Payable To: **Toyota Motor Credit Corp.**

**P.O. Box 8040  Attn: Troy Lingenfelter**

**Hunt Valley, MD  21030 – 8040**

Check Amount: **$ 4,921.11**

Reason: **Gap claim paid by "GN" for Bernard**

**Esposito, Check payable to RPI**

**Needs to be made payable to creditor.**

Return To: **Stacey L. Bond**

Approved By:

Lee and Mason Financial Services, Inc.
Claim Settlement Worksheet

Claim Number:          30333

Borrower:       ESPOSITO, BERNARD J                                    01/10/00 11:05:56 AM

Lender:         1502001      RPI-Contractual Liability Program

Policy:         ZKG1502001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GAP - Settlement Options

OPTION 3:

| | | |
|---|---|---|
| Gross Unpaid Balance: | $22,527.80 | |
| Less Primary Insurance Settlement: | $13,320.90 | |
| Less Primary Deductible: | $0.00 | |
| Less Unearned Interest: | $4,285.79 | |
| Less Unearned Credit Insurance Premium: | $0.00 | |
| Less Unearned Service Contract: | $0.00 | |
| Less Late Charges: | $0.00 | |
| Less      0 payments at:      $0.00 | $0.00 | |
| Less Deductible: | $0.00 | |
| Less Prior Damage: | $0.00 | $4,921.11 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Selected Option:  3   Pay:     $4,921.11

Prepared by:     Terry J. Poulin

Notes:



| ISSUED | DRAFT ISSUED AT | | INSURED/LENDER | | LENDER NUMBER | DRAFT NUMBER |
|---|---|---|---|---|---|---|
| 01/10/00 | Northville, NY | TJP | RPI-Contractual Liability Program | | 1502001 | 880195 |
| NUMBER | CO. NO. | STATE/PRODUCT/CMG# | RETAIL PURCHASER/BORROWER | | CGM-OFF-CLM# | DATE OF LOSS |
| ZKG1502001 | 51 | 29-71-02 | ESPOSITO, BERNARD J | | 50-30333 | 10/03/99 |
| LINE OF PAYMENT/COVERAGE CODE | | POLICY EFF DATE | POLICY EXP DATE | | TRANS# | AGENT CODE | CAT NO. |
| Gap Settlement | | 07/22/99 | 07/22/04 | | 189 | | |

VALID AFTER 90 DAYS

Y        ********4921**DOLLARS & 11/100******************** _____ DOLLARS     $4,921.11

PAYABLE THROUGH TOWN NORTH NATIONAL BANK-PO BOX 814810, FARMERS BRANCH, TX 73581-4810

Guaranty National Insurance Company

INTERCON GENERAL AGENCY, INC.

TO THE ORDER OF

RPI-Contractual Liability Program
1720 Highway 34
PO Box 1140
Wall        NJ   07719


AUTHORIZED SIGNATURE

⑈111904503⑈ ⑈004 312 5⑈

Claim Number:    30333    TJP
Draft Number: 880195    01/10/00
Borrower:    ESPOSITO, BERNARD J

Gross Unpaid Balance                    $22,527.80
Less Primary Insurance Settlement    ($13,320.90)
Less Unearned Interest                ($4,285.79)
Total
                                        $4,921.11

RPI-Contractual Liability Program
1720 Highway 34
PO Box 1140
Wall        NJ   07719



Claim Number:    30333    TJP
Draft Number: 880195    01/10/00
Borrower:    ESPOSITO, BERNARD J

Gross Unpaid Balance                    $22,527.80
Less Primary Insurance Settlement    ($13,320.90)
Less Unearned Interest                ($4,285.79)
Total
                                        $4,921.11

RPI-Contractual Liability Program
1720 Highway 34
PO Box 1140
Wall        NJ   07719



7

RESOLUTION PROVIDERS INC.
P.O. Box 1140
Wall, NJ 07719
Phone (732) 556-1860
Fax (732) 556-1877

## GAP CLAIM REPORTING FORM

DEALER NAME : Antwerpen Toyota

BORROWER : Bernard Esposito

LENDER NAME : Toyota Motor Credit    DATE OF LOSS : ___10/3/99___

GAP WAIVER NO.: ___GN14211___

LOAN / LEASE DATE : 7/22/99

OUTSTANDING LOAN/LEASE AMOUNT:    $ __18,242.01__

LESS :

PRIMARY INSURANCE GROSS  INSURANCE SETTLEMENT : $ 13,320.90

PRIMARY CARRIER'S DEDUCTIBLE :                          $ _____
(Subtract amount in excess of $1000)

RETURN PREMIUM FOR ALL ITEMS THAT SHOULD BE CANCELLED:

A.)    EXTENDED WARRANTY                          $ _____

B.)    CREDIT LIFE & DISABILITY                    $ _____

C.)    MECHANICAL BREAKDOWN INSURANCE      $ _____

D.)    GAP                                        $ _____

UNEARNED INTREST:                                $ _____

DELINQUENT PAYMENTS, LATE CHARGES, AND FEES    $ _____

AMOUNT OF CLAIM :                                $ __4,921.11__

Completed by : _____

Phone  (732) 556 - 1860

Claim Settlement Payable To: _____

Date : _____

Attached please find the following documentations:

1.)    Copy of Police Report
2.)    Copy of Finance Agreement
3.)    Copy of Payment History
4.)    Copy of Check from Insurance Company
5.)    Copy of Insurance Company Worksheet

# MOTOR VEHICLE LEASE AGREEMENT
## TOYOTA MOTOR CREDIT CORPORATION
### MARYLAND

Lease Date _____ 07/22/99

**TMCC TOYOTA MOTOR CREDIT CORPORATION**

## 1. Parties

| LESSOR (DEALER) NAME AND ADDRESS | LESSEE AND CO-LESSEE NAME AND LESSEE'S BILLING ADDRESS | VEHICLE GARAGING ADDRESS, IF DIFFERENT THAN LESSEE'S BILLING ADDRESS |
|---|---|---|
| ANTWERPEN TOYOTA 12420 AUTO DRIVE CLARKSVILLE MD 21029 | BERNARD JOHN ESPOSITO 5199 PERRY RD MT AIRY MD 21771 COUNTY: CARROLL | N/A COUNTY: |
| PHONE NUMBER: (410)531-5700 | | |

This is a Lease for the Vehicle described below. The words "you" "your" and "yours" refer to the Lessee and any Co-Lessee. The words "we" "us" and "our" refer to the Lessor, and after assignment, Toyota Motor Credit Corporation ("TMCC") and any subsequent assignee. By signing this Lease, you are leasing this Vehicle according to all of the terms of this Lease.

## 2. Description of Leased Vehicle

You are leasing from us, and received in satisfactory condition, the following Vehicle:

| New, Used or Demo | Year | Make | Model | Body Style | Vehicle Identification No. | Odometer Mileage | Primary Use |
|---|---|---|---|---|---|---|---|
| NEW | 1999 | TOYOTA | TACOMA | 4X2 | 4TANL42N6XZ500873 | 139 | XX Personal, Family or Household ☐ Business, Agricultural or Commercial |

## FEDERAL CONSUMER LEASING ACT SEGREGATED DISCLOSURES

| 3. Amount Due at Lease Signing or Delivery (Itemized in Section 7 below) $ 7000.00 | 4. Monthly Payments Your first Monthly Payment of $ 292.80 is due on 07/22/99, followed by 59 payments of $ 292.80 due on the 22nd of each month. The total of your Monthly Payments is $ 17568.00. | 5. Other Charges (not part of your Monthly Payment) Disposition fee (if you do not purchase the Vehicle) $ N/A Total $ N/A | 6. Total of Payments (The amount you will have paid by the end of the Lease) $ 24275.20 |
|---|---|---|---|

## Itemization of Amount Due at Lease Signing or Delivery

**7. Amount Due at Lease Signing or Delivery:**

| | |
|---|---|
| a. Capitalized Cost Reduction | $ 6707.20 |
| b. First Monthly Payment | $ 292.80 |
| c. Refundable Security Deposit | $ N/A |
| d. Title Fees | $ N/A |
| e. Registration Fees | $ N/A |
| f. License Fees | $ N/A |
| g. Tax on Capitalized Cost Reduction | $ N/A |
| h. N/A | $ N/A |
| i. N/A | $ N/A |
| j. Total | $ 7000.00 |

**8. How the Amount Due at Lease Signing or Delivery will be Paid:**

| | |
|---|---|
| | N/A |
| a. Net Trade-In Allowance | $ 1000.00 |
| b. Rebates and Noncash Credits | $ 6000.00 |
| c. Amount to be Paid in Cash | $ |
| d. Total | $ 7000.00 |

## 9. Your monthly payment is determined as shown below:

**9a. Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 23569.00) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance). For an itemization of this amount, see Section 13. $ 25664.45

**b. Capitalized Cost Reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost. − $ 6707.20

**c. Adjusted Capitalized Cost.** The amount used in calculating your Base Monthly Payment. = $ 18957.25

**d. Residual Value.** The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment. − $ 6131.00

**e. Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term. = $ 12826.25

**f. Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts. + $ 4741.80

**g. Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge. = $ 17568.05

**h. Lease Term.** The number of months in your Lease. ÷ 60 Months

**i. Base Monthly Payment** = $ 292.80

**j. Monthly Sales/Use Tax** + $ N/A

**k. N/A** + $ N/A

**l. Total Monthly Payment ("Monthly Payment")** = $ 292.80

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**10. Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 15000 miles per year at the rate of ten (10) cents per mile. $ 6131.00

**11. Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the Lease Term for $

**9**

**Gross Capitalized Cost Itemization and Other Items**

3. **Itemization of Gross Capitalized Cost**
You will pay for the following items over the Lease Term, as part of your Monthly Payment:

| | | |
|---|---|---|
| a. Agreed Upon Value of the Vehicle | $ | 23569.00 |
| b. Taxes | + | 1178.45 |
| c. Initial Title, License and Registration Fees | + | 172.00 |
| d. Mechanical Breakdown Protection and/or Maintenance Agreement | + | N/A |
| e. Credit Life and/or Disability Insurance | + | N/A |
| f. Guaranteed Automobile Protection | + | 495.00 |
| g. Outstanding Prior Credit or Lease Balance | + | N/A |
| h. | + | N/A |
| i. ACQ. FEE | + | 250.00 |
| j. Gross Capitalized Cost | = | 25664.45 |

4. **Scheduled Maturity Date**
The total number of Monthly Payments is ___60___, and the Scheduled Maturity Date of this Lease is ___07/21/04___

5. **Required Insurance**
You must provide the following insurance during the Lease Term. No other types of insurance are required:

a) primary automobile liability insurance with <u>minimum limits</u> for bodily injury or death of
   i)   $ ___20000.00___ for any one person, and
   ii)  $ ___40000.00___ for any one accident, and
   iii) $ ___10000.00___ for property damage; and
b) physical damage insurance for the full value of the Vehicle, with a maximum deductible of $1,000.

**No physical damage or liability insurance for bodily injury or property damage caused to others is included in this Lease.**

See Section 23 for additional information.

You have provided us today with the following Insurance information:

Allstate Ins.        018 863018

Insurance Provider        Policy No.        Insurance Coverage Verification By: Dealer Employee

Owen Londis        410-668-9100

Agent's Name / Address        Agent's Phone No.

**Estimated Official Fees and Taxes**          $        2038.45

This is an estimate of the total amount you will pay over the Lease Term for official and license fees, registration, title, and taxes (including personal property taxes), whether included in your Total Monthly Payment (Section 9.I), the Amount Due at Lease Signing or Delivery (Section 7) or billed separately. **This estimate is based on your current address and may increase if you move or if tax rates change. You are responsible for paying any increases.** See Section 27 for additional information.

17. **Warranty**
If the Vehicle is a new or a demo Vehicle, the Vehicle is subject to the standard new warranty from the manufacturer. If the Vehicle is used, it is not covered by an express warranty unless identified below:
☐ Remainder of standard new vehicle warranty from manufacturer
☐ Used vehicle warranty from manufacturer

**If the vehicle is new, and if it does not conform to all applicable warranties during the warranty period, you must report the nonconformity, defect or condition by giving written notice to the manufacturer, factory branch or lessor by certified mail, return receipt requested.**

18. **Optional Insurance and Other Products**
You are not required to buy any of the optional insurance or other products listed below to enter into this Lease, and they are not a factor in our credit decision. These insurance and other products will not be provided unless you initial below, and you are accepted by the Provider. By your initials below, you agree that you have received a notice of the terms of the insurance or product, and you want to obtain the insurance or product for the premium or charge shown. A portion of the premium or charge shown may be retained by the Lessor (Dealer).   N/A

☐ **Optional Credit Life Insurance**          $ _____   N/A
   N/A                                                    Beginning Coverage

| Insured(s) | | N/A |
|---|---|---|
| N/A | | / |
| Provider | $ _____ Premium | Lessee / Co-Lessee Initials |

☐ **Optional Credit Disability Insurance**    $ _____
                                                    N/A  Maximum Monthly Coverage
| N/A | | / |
|---|---|---|
| Provider | $ _____ Premium | Lessee / Co-Lessee Initials |
                                              N/A                    N/A

☐ **Optional Mechanical Breakdown Protection**   N/A miles / N/A months
                                                    Coverage
   N/A
| Provider | $ _____ Premium or Charge | Lessee / Co-Lessee Initials |

☐ **Optional Guaranteed Automobile Protection (see Section 30)**
   FIRST OPTION        $ 495.00 x3 √6 /
                        Premium or Charge   Lessee / Co-Lessee Initials

☐ **Optional Maintenance Agreement**          N/A
   N/A                                          / 
   Provider        $ _____ Premium or Charge   Lessee / Co-Lessee Initials
                        495.00

Total Premiums and Charges  $ _____

19. **Complete Agreement or Modification.** By your initials, you acknowledge that this Lease contains the entire agreement for the Lease of this Vehicle. There are no other agreements. Any change to this Lease must be in writing, and signed by you and by us.   KBJE /
                                              Lessee / Co-Lessee Initials

---

**Lease Signatures and Notices**

### PLEASE READ THE BACK SIDE FOR ADDITIONAL TERMS AND CONDITIONS

tice to the Lessee: This is a lease. You have no ownership rights in the Vehicle unless and until you exercise your tion to purchase the Vehicle, if this Lease contains a purchase option. Do not sign this Lease before you read it or if it tains any blank space. You are entitled to a completely filled in copy of this Lease when you sign it.

signing below, you acknowledge that: (1) You have read the entire Lease, including the back side; (2) You agree to all of provisions of this Lease; (3) You have received a completely filled-in copy of this Lease.

see Signature   X _____        Co-Lessee Signature _____

Lessor hereby accepts this Lease and assigns to Toyota Motor Credit Corporation all rights, title and interest in the Lease and in the Vehicle, and sor's rights under any guaranty executed in connection with this Lease, with full powers to Toyota Motor Credit Corporation to collect and discharge bligations related to this Lease, any guaranty, and this assignment.

ssor   **ANTWERPEN TOYOTA**        By _____   Title _____   Date   07/22/99

and

TMCC 6005 MD 07/97

**10**

Allstate®

INSURED  BERNARD J & JUDITH L ESPOSITO

CLAIMANT  FINAL SETTLEMENT OF CLAIM UNDER COLLISION

IN PAYMENT  COVERAGE ARISING FROM ACCIDENT ON 10/03/99
OF

THIRTEEN THOUSAND THREE HUNDRED TWENTY DOLLARS AND
90 CENTS************************************************

| POLICY NUMBER | CLAIM NUMBER |
| --- | --- |
| 0188630018 | 684352151 |
| SSN/TIN | DESK LOC | EMPLOYEE ID |
| | 18A | 1485 |

NationsBank N.A. (South)
Atlanta, Dekalb County, Georgia
NationsBank Customer Connection

$ ***13320.90

| INVOICE NUMBER | PROC MCO | THS | PAYEE | AMOUNT | DATE ISSUED | CKD |
| --- | --- | --- | --- | --- | --- | --- |
| 0684 | | 3 | | 77608951 2 | 11 12 99 | 77608951 2 |

ALASKA RESIDENTS PAYABLE IF ISSUED AT BANK OF AMERICA, ALASKA, N.A.

77608951 2        77608951 2

ALLSTATE INSURANCE COMPANY OR ONE OF ITS AFFILIATES

PAY

TO THE
ORDER
OF
TOYOTO MOTOR CREDIT CORP
02-0632-45449
303 INTERNATIONAL CIRCLE #300
HUNT VALLEY MD 21030

COMPANY NAME

ALLSTATE INSURANCE COMPANY

GREAT LAKES
DATA CENTER
CLAIM CHECK
ACCOUNT
64-1276
611

VOID IF NOT PRESENTED WITHIN THREE HUNDRED, SIXTY-FIVE DAYS OF THE DATE OF ISSUE.

Authorized Signatures

⑂"77608951"⑂  ⑈061112788⑈: 329 991 075⑈⑈"

FILE No. 053 11/02 '99 20:29 ID:ALLSTATE    410 290 8962

```
                        ALLSTATE
                        P.O. BOX 9
                   BRANDYWINE, MD  20613
                      (301) 372-6461

ser id:  24065  Valuation - Request:  24645964  10/12/1999  17:05

djuster name:   WILKS              Loss date:    10/03/1999
djuster id:     CDGW               VIN:          4TANL42N6XZ500873
laim reference: 6843521151001      Claims class: D
nsured:         ESPOSITO           Owner:        BERNARD ESPOSITO
```

═══════════════════════ VINguard ═══════════════════════
```
         Insurer Description                 VINguard Analysis
         -------------------                 -----------------
ear        1999                        1999
ake        TOYOTA                      TOYOTA
odel     # TACOMA 4X2                  TACOMA 4X2
           NL42N                       NL42N
ody style  20 P/U
ngine    # 4-2.4L-FI                   4-2.4L-FI
rans     # 5 SPEED TRANSMISSION
         # OVERDRIVE
estraints  AIR BAGS (DRIVER+PASS.)     AIR BAGS (DRIVER+PASS.)
dometer    2,940
his vehicle was assembled in          FREEMONT, CA
```

INguard message(s):
INguard has decoded this VIN without any errors.

```
*************************************************************************
* WARNING - VINguard has detected prior event(s) in this vehicle's history. *
* Please review the information detailed below.                         *
*************************************************************************
```

ICB Vehicle History:
umber of times reported to NICB:    1    NICB's file number: H0047171190
ctivity reported: Collision Estimate               Loss date: 10/03/1999
nsurance company: ALLSTATE INSURANCE COMPANY           Phone: 8007764478
     Claim number: 6843521151001                    Coverage: Comprehensive
  Point of impact: Total Loss                        Mileage: 0002940
     NICB notified: 10/12/1999

ollision History Information:
ollision incident reported by UNKNOWN COMPANY
n 10/11/1999 Claim # 6843521151-01 in Mount Airy, MD
epair estimate:   $342 Miles:  02,940 Damage Location: Total Loss

ehicle Title Information:
This vehicle was reported with an ODOMETER READING from the Department
of Motor Vehicles of:  00,139 on 07/22/1999

**12**

FILE No. 053 11/02 '99 20:29 ID:ALLSTATE

410 290 8962

aluation request: 24645964 (continued) 1999 TOYO TACOMA 4X2                PAGE  2

═══════════════════ Vehicle Valuation Summary ═══════════════════

| ESCRIPTION | OPTION |
| --- | --- |

idometer     2,940
ehicle equipment:

| | | |
| --- | --- | --- |
| STD | SS | 5 SPEED TRANSMISSION |
| PREDOM | PS | POWER STEERING |
| STD | PB | POWER BRAKES |
| PREDOM | AC | AIR CONDITIONING |
| PREDOM | TW | TILT WHEEL |
| STD | CS | CLOTH SEATS |
| STD | DM | DUAL MIRRORS |
| | AM | AM RADIO |
| | FM | FM RADIO |
| | ST | STEREO |
| | CA | CASSETTE |
| | SB | REAR STEP BUMPER |
| | TG | TINTED GLASS |
| | BL | BEDLINER (DURALINER) |
| STD | AG | AIR BAG |
| STD | RG | PASSENGER AIRBAG |
| | SY | STYLED STEEL WHEELS |
| | BN | BODY SIDE MOLDINGS |
| PREDOM | IW | INTERMITTENT WIPERS |
| STD | OD | OVERDRIVE |
| PREDOM | AB | ANTI-LOCK BRAKES (4) |
| PREDOM | AT | AUTOMATIC TRANSMISSION |

LOCAL
MARKET VALUE

| | |
| --- | --- |
| CC Valuation Amount | $ 12,450.00 |
| ondition adjustment amount | +    448.00 |
| | ———————— |
| ctual Cash Value | $ 12,898.00 |
| | ———————— |
| re-tax amount | $ 12,898.00 |
| ales tax  5.00% | +    644.90 |
| MV FEE | +     28.00 |
| | ———————— |
| alue before deductible | $ 13,570.90 |
| EDUCTIBLE | -    250.00 |
| | ———————— |
| djusted vehicle valuation amount | $ 13,320.90 |

The CCC Valuation Amount is the local market value of the loss
vehicle. This amount includes mileage, packages and all options. As
such, proper adjustments have been made for all options which are
present on the loss vehicle. The method used to gather fair market
values on current year vehicles involves finding new vehicles for sale

**13**

410 290 8962

PAGE 4

FILE No. 053 11/02 '99 20:30 ID:ALLSTATE

Valuation request: 24645964 (continued) 1999 TOYO TACOMA 4X2                    PAGE .

============================= Vehicle Valuation Summary (continued) =============================
        at the time of valuation, and making necessary adjustments based on
        the new car prices.

======================= Valuation Processing Notes =============================
Included in our backup are similar models to the loss vehicle.
Proper adjustments were made for this valuation.
We have added the following standard options to the loss vehicle:  Overdrive

Your valuation has been prepared in compliance with all local rules and
regulations.

(C) Copyright 1999 CCC Information Services Inc. All rights reserved.

The trade names and/or trademarks used herein are owned by their respective
trademark owners.

======================= Vehicle Condition =============================

| Category | Condition | Adjustments |
|---|---|---|
| INTERIOR | | |
| Seats | Dealer ready | $75 |
| Carpets | Dealer ready | $25 |
| Dashboard | Dealer ready | $0 |
| Headliner | Dealer ready | $0 |
| XTERIOR | | |
| Body | Dealer ready | $162 |
| Glass | Dealer ready | $0 |
| Paint | Dealer ready | $137 |
| ECHANICAL | | |
| Engine | Dealer ready | $37 |
| Transmission | Dealer ready | $0 |
| IRES | | |
| Front Tires | Dealer ready | $12 |

ppraiser comment: 8/32

| | | |
|---|---|---|
| Rear Tires | Moderate wear | $0 |

ppraiser comment: 7/32

Total Adjustments:                                              $448

14

FILE No. 053 11/02 '99 20:30 ID:ALLSTATE

aluation request: 24645964 (continued) 1999 TOYO TACOMA 4X2    PAGE   4

===================== Vehicle Valuation Comparison =====================

| oss Vehicle | Dealer Vehicle |
|---|---|
| 999 Toyo | 1999 Toyo |
| acoma 4x2 | Tacoma 4x2 |
| d P/U | 2d Pickup |
| -2.4l-Fi | 4 |
| -Speed-OD | 5-Speed-OD |
| ir Conditioning | Air Conditioning |
| M/FM Stereo | AM/FM Stereo |
| ith Tape Cassette | With Tape Cassette |
| pts On Comp Veh: | Cruise Control |
| pts Not On Comp: | Bedliner |
| | (duraliner) |
| iles:   2,940 | *new* |

Insp.   10/12/1999

ocation: ·              Westminster
istance From:Mount Airy             14
ealer:                 Koons Toyota Of Wes
ontact Person:         Kevin Gonzales
hone Number:           410/857-1400
                       Take     $ 13,365

djustments
----------
odel/Year              -      75
pts On Comp Veh:       --    250
pts Not On Comp:       +     299
dometer                --    441
ondition               -     460
                       ==========
djusted Value          $ 12,438

====== Supplemental Inspected Vehicles ======

| Dealer/Location/Yr Model/ JIN Stock# Color | Phone/Odometer | Price | Compared to Loss |
|---|---|---|---|
| Koons Toyota Of Westminster Jestminster, MD, 14 miles from Mount Airy | (410) 857-1400 | $ 13,365 | $ 12,438 |
| 1999 Tacoma 4x2 | New    A | | |
| | A=available | | |

**15**

FILE No. 053 11/02 '99 20:30 ID:ALLSTATE          410 290 8962                    PAGE  6

Please detach and provide to owner of vehicle before settlement.

---

### AutoSearch Vehicle Locator Service

---

For free help in locating your next vehicle,
contact AutoSearch at
1-800-633-7834.
This free service is available
to help you locate your next vehicle.
Car or Truck?
New or Used?
CCC can help!
Certificate number   24645964
Please call.

---

AutoSearch vehicle locator service
1-800-633-7834.

---

# Retail Installment Contract/Lease Balance Deficiency Addendum
## (Gap) Waiver - Election Form



1  RETAIL
 INSTALLMENT
 CONTRACT
2 X LEASE CONTRACT
 (Check One)

Date: _____ 07/22/1999 _____

Enrollment #: __GN__ **14211**
(PREFIX)          (NUMBER)

Borrower/Lessee  Name: _____ BERNARD JOHN ESPOSITO _____

Address: _____ 5199 PERRY RD. MT AIRY, MD  21771 _____

Lien  Holder/Lessor: _____ TOYOTA MOTOR CREDIT CORP., P.O. BOX 8040, HUNT VALLEY, MD  21030 _____

Bank/
Dealership: _____ ANTWERPEN TOYOTA
12420 AUTO DRIVE, CLARKSVILLE, MD  21029

Account #: _____

Vehicle  Year/Make  Model: _____ 1999 TOYOTA TACOMA CLOTH _____

Vehicle ID  Number: _____ 4TANL42N6XZ500873 _____

Amount (Excluding  GAP Fee): $ _____ 145.00 _____   Mileage: _____ 139 _____

Term: __60__ Months       Agreement Date: _____ 07/22/1999 _____

---

X **Yes, I elect the Gap Waiver.**

I understand that this Auto Gap Waiver is not an offer of insurance coverage. I acknowledge that purchase of this coverage is optional, and is not required for the extension of credit. I understand that by accepting the Auto Gap Waiver for my retail installment contract or lease that my responsibility for the Gap Amount is hereby waived by the Lender/Lessor (subject to the provisions and exclusions identified on the reverse side of this election form) and that proceeds from my primary insurance policy or any applicable third party insurance policy will satisfy my deficiency balance, except those items listed below.*

The one-time cost is $ _____ 495.00 _____

Signature: X _____        Date: _____ 07/22/1999 _____

Signature: _____           Date: _____ 07/22/1999 _____

*This Waiver **does not** include:
1. Any refundable additions to retail installment contract/ lease amount
2. Late charges, fees added after retail installment contract/ lease inception
3. Primary insurance deductible in excess of $1,000
4. Portion of retail installment contract/lease that excess 125% of MSRP (new cars) or 125% retail book value (used cars).

---

❏  **No, I do not elect the Gap Waiver.**

In the event my vehicle is stolen or a total loss and my insurance company pays less than the amount of my retail installment contract/lease, I understand I will be fully responsible for any deficiency balance.

Signature: _____        Date: _____

Signature: _____        Date: _____

**17**

Form No.: F06N36

## DEFINITIONS

", "us", and "our" refer to the lender/lessor; "you" and "your" mean the borrower or lessee shown on the reverse side of this form.

the purposes of this Retail Installment Contract/Lease Balance Deficiency (Gap) Waiver, the following words are defined and their meanings will be as follows:

ap Amount" means the difference between the actual cash value and the unpaid net balance of the retail installment contract or lease.

**otal Loss or Constructive Total Loss**" means a loss where the cost to repair or replace the collateral would exceed the actual cash value, as determined by primary insurance carrier, or designated appraiser.

nrecovered Theft" means covered collateral has been reported as stolen by the lessee or borrower to both the police and primary insurance carrier, who ve made every effort, yet have failed, to find and return the covered collateral.

**ctual Cash Value**" means the amount determined by the primary insurance carrier at the time of loss. However, if there is no primary insurance at the time a loss, actual cash value shall mean one half the sum of the average wholesale and retail values of the collateral with appropriate adjustments for mileage optional equipment.

rimary Insurance" means inforce insurance coverage, required by us, and carried by the lessee or borrower to protect the covered collateral from collision d comprehensive loss, naming us as Loss Payee or Lienholder. Additionally, primary insurance shall be any other coverage we may have protecting our terest in the covered collateral, contingent upon the failure or absence of the lessee's or borrower's coverage.

**Unpaid Net Balance**" means the amount owed by the lessee or borrower to clear the outstanding lease or retail installment contract account upon the date loss. This amount may not include any unearned interest, lease or retail installment contract charges, late charges, any Delinquent Payments, any ncollected service charges, refundable prepaid taxes and fees, or any other termination fees, penalty fees, or other items built into or added to the initial lease retail installment contract balance.

## RETAIL INSTALLMENT CONTRACT/LEASE BALANCE DEFICIENCY (GAP) WAIVER

consideration of the cost shown on the reverse side of this form, we will waive the Gap amount remaining due to a physical damage constructive loss or an nrecovered theft to the collateral shown on the reverse side of this form. Our maximum waiver shall be as follows: (A) If the collateral is protected by primary nsurance, we will waive the amount obtained by subtracting the primary insurance settlement from the unpaid net balance plus up to $1,000 for the primary nsurance deductible; or (B) If the collateral is not protected by primary insurance, we will waive the amount obtained by subtracting the actual cash value of the overed collateral from the unpaid net balance. You will be responsible for the actual cash value portion of your outstanding retail installment contract/lease balance. We will not waive that portion of the npaid net balance attributable to the original retail installment contract/lease amount exceeding 125% of the Manufacturer's Suggested Retail Price MSRP) on new cars, or 125% of average retail book value on used cars, including all refundable items such as service contracts, warranties, insurance, or ther such items.

## EXCLUSIONS

This Gap Waiver does not apply when the total loss or theft is: (1) to a vehicle that is part of a fleet that is intended for use as a public or livery conveyance, or any vehicle with commercial use; (2) due to war, whether or not declared, invasion, civil war, insurrection, rebellion or revolution; (3) due to wear and tear, freezing, mechanical or electrical breakdown or failure; (4) resulting from forgery; (5) resulting directly or indirectly from any fraudulent act by the lessee or borrower; (6) equipment designed for the recording, reproduction, receiving or transmitting of sound or signals unless the device is permanently installed in the covered collateral at the time the covered collateral is purchased; (7) arising from a defect in title which existed at the time the instrument was written or became effective; (8) caused intentionally by the lessee or borrower; (9) due to conversion, embezzlement or secretion by any person in lawful possession of the covered collateral; (10) due to egal confiscation by a public official; (11) to other than the standard or optional equipment available from the manufacturer of the covered collateral.

## CANCELLATIONS

This Waiver may be cancelled any time during the term of the loan or lease. The refund amount will be calculated using the reverse Rule of 78's. Any refund is subject to a 10% cancellation fee. If the charge for this waiver was originally included in the loan or lease amount and the loan or lease is still open, the refund amount will be sent to the lender or lessor and applied against the outstanding balance of the loan or lease. All requests for cancellation must be made in writing and sent by certified mail to the selling dealer or agent.

## NOTICE OF LOSS

You must notify us within 30 days of receiving final settlement from the primary or third party insurance carrier and provide the following: (a) copy of the insurance settlement, (b) verification of the insurance deductible, (c) copy of police report in the case of an unrecovered theft. "Failure to notify the Administrator within 30 days of receiving final settlement from the primary or third party insurance carrier and providing the Administrator with the requested documentation will result in the claim being deemed ineligible for payment."

FOR CLAIMS CALL RPI: (732) 556-1860
Or mail To: Administrator Insurance Services, 1720 Hwy. 34, P.O. Box 1140, Wall, NJ 07719

**18**

You are reminded that this Gap Waiver is not an insurance policy. We have an insurance policy in effect with an A rated U.S. insurance company.

# TOYOTA MOTOR CREDIT CORPORATION

300 International Circle, Suite 300
P.O. Box 3046
Hunt Valley, MD 21030-8046
(410) 329-4700

December 4, 1999

Bernard J Esposito
5199 Perry Rd.
Mt Airy, MD 21771

| Account Number | | |
|---|---|---|
| 02-0632-45443 | | |
| Date of Loss | | |
| 10/03/99 | | |
| Description of Vehicle | | |
| Year | Make | Model |
| 1999 | Toyota | Tacoma |
| VIN | | |
| 4TANL42N6XZ500873 | | |

Dear Mr. Esposito:

We have received an insurance check from Allstate Ins. in the amount of $13,320.90 as their settlement for the total loss of your vehicle.

After applying this check to your account and crediting your account with any refunds we have received, the total amount now due Toyota Motor Credit Corporation is $4,921.11.

Following is a summary of the total amount **DUE BY 12/22/99:**

| | | | |
|---|---|---|---|
| Loan Balance | | | $ 22,527.80 |
| Late Charges Due | | + | $        0.00 |
| Other Charges Due | | + | $        0.00 |
| Adjusted Loan Balance | | = | $ 22,527.80 |
| | | | |
| Finance Charge Refund | | $ 4,285.79 | |
| Service Warranty Refund* | + | $      0.00 | |
| Life Insurance Refund* | + | $      0.00 | |
| Accident/Health Insurance Refund* | + | $      0.00 | |
| Other Refunds | + | $      0.00 | |
| Sub-total of Refunds | | | = | $   4,285.79 |
| | | | |
| Net Payoff | | | $ 18,242.01 |
| Insurance Settlement | | - | $ 13,320.90 |
| Security Deposit | | - | $        0.00 |
| | | | |
| **Total Amount Now Due** | | = | **$   4,921.11** |

*Note:  It may be necessary to contact the selling dealer for appropriate refunds on these coverages.

Please send a check in the total amount now due to the address listed at the top of this letter to close your account.  If you are unable to pay this amount immediately, please contact us at the address and telephone number listed above.  If you have not paid the total amount due or made acceptable payment arrangements within **15 days** of this notice, your account will be charged off and reported as such to the local credit bureau(s).

Sincerely,

TMCC/LFS

324-40 (06/99)
Template

# Allstate Insurance Company

Policy Number : 0 18 863018 05/12       Your Agent:   Owen F Landis  (410) 668-9100
Policy Effective Date: Nov. 12, 1999

COVERAGE FOR VEHICLE # 3

## 1999 Toy. Truck Tacoma

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | Not Applicable | $218.00 |
| • Bodily Injury | $50,000 | each person | | |
| | $100,000 | each occurrence | | |
| • Property Damage | $50,000 | each occurrence | | |
| Basic Personal Injury Protection | | | Not Applicable | $16.00 |
| Total Aggregate Amount | $2,500 | each person | | |
| Uninsured Motorists Insurance | | | | $9.50 |
| • Bodily Injury | $50,000 | each person | | |
| | $100,000 | each accident | | |
| • Property Damage | $50,000 | each accident | $250 | |
| Auto Collision Insurance | Actual Cash Value | | $250 | $315.00 |
| Auto Comprehensive Insurance | Actual Cash Value | | $0 | $113.00 |
| **Total Premium for 99 Toy. Truck Tacoma** | | | | **$671.50** |

**DISCOUNTS**    Your premium for this vehicle reflects the following discounts:
Multiple Car          $60.00          Passive Restraint          $7.00
Multiple Policy       $35.00          Premier Plus               $220.00

**RATING INFORMATION**
This vehicle is driven over 7,500 miles per year, 3-9 miles to work/school, unmarried male age 22, good driver rate



RECEIVED
NOV 1 8 1999

Information as of
September 22, 1999
MO010R80

Page    4

11/30/99   10:20 FAX 518 863 6963    LEE & MASON FINANCIAL

# LEE & MASON

*Financial Services, Inc.*
ROUTE 30 - P.O. BOX 270
NORTHVILLE, NEW YORK 12134-0270
518-863-4311 - 518-863-6963 FAX

To:       RPI-Contractual Liability Program
From:    ERMINA M. PINCOMBE
Date:     November 29, 1999
Subject:  New Claims Received for Policy Number ZKG1502001

| Borrower | Claim Number | Type | Account # | File Date | Contact Person |
|---|---|---|---|---|---|
| ROBERT O CLARK | 30334 | A-G | 1599 | 11/22/99 | Terry J. Poulin |
| BERNARD J ESPOSITO | 30333 | A-G | 14211 | 11/19/99 | Terry J. Poulin |

11/22/99  13:29 FAX 518 863 6963        LEE & MASON FINANCIAL    → RPI                    ⌐001

# LEE & MASON

*Financial Services. Inc.*

ROUTE 30 - P.O. BOX 270
NORTHVILLE, NEW YORK 12134-0270
518-863-4311 - 518-863-6963 FAX

To:     Stacey Bond
        RPI-Contractual Liability Program

From:   Terry J. Poulin

Date: November 22, 1999

### DOCUMENT CHECKLIST

Name:  BERNARD J ESPOSITO                 Account Number: 14211

Our Claim Number  30333

☑ Notice of Loss (please retain one copy) and send other to:
  - ☑ Lee and Mason Financial Services, Inc
  - ☐ Outside Claims Adjuster (If Lee and Mason is to notify the Claims Adjuster, please indicate so on the Notice of Loss)

☐ Copy of Instrument (Front and Back)
  - ☐ Security Agreement
  - ☐ Loan Note
  - ☐ Disclosure Statement

☐ Copy of Loan/Lease Applicatio
☑ Copy of payment history showing gross unpaid balance → *Payments made*
☐ Copy of title or evidence of recorded lien
☐ Proof of repossession
☐ Copy of Primary Insurance verification or last known policy information and telephone number
☐ Collection efforts/notes (from delinquency date)
☐ Narrative statement explaining steps taken to locate the borrower and reason
☐ Order for immediate repossession if vehicle is located
  - ☐ Hold Harmless Letter

☑ Other  Copy of Insurance Check

**If you are unable to send this documentation to me by 12/06/99, let me know. Also please include my name and claim number when sending any information. Thank you.**

# F A X   C O V E R   S H E E T

## *RPI*®

### RESOLUTION PROVIDERS INC.

*Insurance Services*

1720 Hwy. 34 * Wall, NJ 07719

(732) 556-1860 * TELEFAX: (732) 556-1877

DATE: November 19, 1999

TO:    Firm: Lee & Mason
      Attention:   Terry Poulin

      Phone No.: (518) 863–4311
      Fax No.: ( 518) 863 -6963


FROM: Stacey Bond

We are sending _6 page(s) to you, inclusive of this transmittal.  If you do not receive all of these pages, kindly contact us by telephoning (732) 556 1860.

---

*MESSAGE OR SPECIAL INSTRUCTIONS:*

Terry,

Here is another claim for customer Bernard Esposito, I sent a letter to him requesting the additional information needed to process his claim.  When I received it I will forward it to you.


Thanks,
Stacey

---

### Confidentiality Statement

The documents contained in this telecopy transmission contain information, which is CONFIDENTIAL.  The information is intended only for the use of the individual or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.  If you have received this telecopy in error, please immediately notify us by telephone and arrange for the return of the Original document to us.

# RPI

## RESOLUTION PROVIDERS INC

November 22, 1999

Bernard Esposito
5199 Perry Rd.
Mt. Airy , MD  21771

Dear Mr. Esposito

We are in receipt of your request to file your GAP claim. Please be advised that we are unable to process same until the following documents are submitted to our office.

A copy of the police report. __X___

A copy of the GAP waiver. (Front & Back ) _____

A copy of the Original Finance Agreement.(Entire Length ) _____

A copy of the Payment History on Loan & Payoff as of date of Loss. __X___

A copy of the Check from the Insurance Company. _____X_____

A copy of worksheet used by Insurance Company. _____X_____

A copy of Deck Page showing Insurance Deductable. _____

A copy of Warranty showing terms of coverage. (If purchased) ___X___

A copy of your Creditor's name and address. _____X_____

Upon receipt of the above documentation your claim will be processed in a timely fashion. Should you have any questions please do not hesitate to contact me.   Please forward documents to:    RPI  P.O. BOX  1140  WALL , NJ  07719

Sincerely,


Stacey L. Bond
Administrative Supervisor



# MOTOR VEHICLE LEASE AGREEMENT
# TOYOTA MOTOR CREDIT CORPORATION
# MARYLAND

Lease Date _____ 07/22/99

**Parties**

| LESSOR (DEALER) NAME AND ADDRESS | LESSEE AND CO-LESSEE NAME AND LESSEE'S BILLING ADDRESS | VEHICLE GARAGING ADDRESS, IF DIFFERENT THAN LESSEE'S BILLING ADDRESS |
|---|---|---|
| ANTWERPEN TOYOTA 12420 AUTO DRIVE CLARKSVILLE MD 21029 PHONE NUMBER: (410)531-5700 | BERNARD JOHN ESPOSITO 5199 PERRY RD MT AIRY MD 21771 COUNTY: CARROLL | N/A COUNTY: |

This is a Lease for the Vehicle described below. The words "you" "your" and "yours" refer to the Lessee and any Co-Lessee. The words "we" "us" and "our" refer to the Lessor, and after assignment, Toyota Motor Credit Corporation ("TMCC") and any subsequent assignee. By signing this Lease, you are leasing this Vehicle according to all of the terms of this Lease.

**Description of Leased Vehicle**

You are leasing from us, and received in satisfactory condition, the following Vehicle:

| New, Used or Demo | Year | Make | Model | Body Style | Vehicle Identification No. | Odometer Mileage | Primary Use |
|---|---|---|---|---|---|---|---|
| NEW | 1999 | TOYOTA | TACOMA | 4X2 | 4TANL42N6XZ500873 | 139 | ☒ Personal, Family or Household ☐ Business, Agricultural or Commercial |

## FEDERAL CONSUMER LEASING ACT SEGREGATED DISCLOSURES

| 3. Amount Due at Lease Signing or Delivery | 4. Monthly Payments | 5. Other Charges (not part of your Monthly Payment) | 6. Total of Payments |
|---|---|---|---|
| (Itemized in Section 7 below) $ 7000.00 | Your first Monthly Payment of $ 292.80 is due on 07/22/99, followed by 59 payments of $ 292.80 due on the 22nd of each month. The total of your Monthly Payments is $ 17568.00 | Disposition fee (if you do not purchase the Vehicle) $ N/A Total $ N/A | (The amount you will have paid by the end of the Lease) $ 24275.20 |

## Itemization of Amount Due at Lease Signing or Delivery

**7. Amount Due at Lease Signing or Delivery:**

| | |
|---|---|
| a. Capitalized Cost Reduction | $ 6707.20 |
| b. First Monthly Payment | $ 292.80 |
| c. Refundable Security Deposit | $ N/A |
| d. Title Fees | $ N/A |
| e. Registration Fees | $ N/A |
| f. License Fees | $ N/A |
| g. Tax on Capitalized Cost Reduction | $ N/A |
| h. N/A | $ N/A |
| i. N/A | $ N/A |
| j. Total | $ 7000.00 |

**8. How the Amount Due at Lease Signing or Delivery will be Paid:**

| | |
|---|---|
| a. Net Trade-In Allowance | $ N/A 1000.00 |
| b. Rebates and Noncash Credits | $ 6000.00 |
| c. Amount to be Paid in Cash | $ |
| d. Total | $ 7000.00 |

## Your monthly payment is determined as shown below:

a. **Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 23569.00) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance). For an itemization of this amount, see Section 13. $ 25664.45

b. **Capitalized Cost Reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost. − $ 6707.20

c. **Adjusted Capitalized Cost.** The amount used in calculating your Base Monthly Payment. = $ 18957.25

d. **Residual Value.** The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment. − $ 6131.00

e. **Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term. = $ 12826.25

f. **Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts. + $ 4741.80

g. **Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge. = $ 17568.05

h. **Lease Term.** The number of months in your Lease. ÷ 60 Months

i. Base Monthly Payment = $ 292.80

j. Monthly Sales/Use Tax + $ N/A

k. N/A + $ N/A

l. Total Monthly Payment ("Monthly Payment") = $ 292.80

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of

**25**

**Gross Capitalized Cost Itemization and Other Items**

**13. Itemization of Gross Capitalized Cost**

You will pay for the following items over the Lease Term, as part of your Monthly Payment:

| | | |
|---|---|---|
| a. Agreed Upon Value of the Vehicle | $ | 23569.00 |
| b. Taxes | + | 1178.45 |
| c. Initial Title, License and Registration Fees | + | 172.00 |
| d. Mechanical Breakdown Protection and/or Maintenance Agreement | + | N/A |
| e. Credit Life and/or Disability Insurance | + | N/A |
| f. Guaranteed Automobile Protection | + | 495.00 |
| g. Outstanding Prior Credit or Lease Balance | + | N/A |
| h. | + | N/A |
| i. ACQ FEE | + | 250.00 |
| j. Gross Capitalized Cost | = | 25664.45 |

**4. Scheduled Maturity Date**

The total number of Monthly Payments is _____60_____ , and the Scheduled Maturity Date of this Lease is _____07/21/04_____

**5. Required Insurance**

You must provide the following insurance during the Lease Term. No other types of insurance are required:

a) primary automobile liability insurance with <u>minimum limits</u> for bodily injury or death of
   i) $ _____20000.00_____ for any one person, and
   ii) $ _____40000.00_____ for any one accident, and
   iii) $ _____10000.00_____ for property damage; and
b) physical damage insurance for the full value of the Vehicle, with a maximum deductible of $1,000.

**No physical damage or liability insurance for bodily injury or property damage caused to others is included in this Lease.**

See Section 23 for additional information.

You have provided us today with the following Insurance information:

Allstate Ins.   018 863018   (BN)
Insurance Provider | Policy No. | Insurance Coverage Verification By: Dealer Employee

Owen Landis   410-668-9100
Agent's Name / Address | Agent's Phone No.

**Estimated Official Fees and Taxes**   $ _____2038.45_____

This is an estimate of the total amount you will pay over the Lease Term for official and license fees, registration, title, and taxes (including personal property taxes), whether included in your Total Monthly Payment (Section 9.I), the Amount Due at Lease Signing or Delivery (Section 7) or billed separately. **This estimate is based on your current address and may increase if you move or if tax rates change. You are responsible for paying any increases.** See Section 27 for additional information.

**17. Warranty**

If the Vehicle is a new or a demo Vehicle, the Vehicle is subject to the standard new warranty from the manufacturer. If the Vehicle is used, it is not covered by an express warranty unless identified below:

☐ Remainder of standard new vehicle warranty from manufacturer
☐ Used vehicle warranty from manufacturer

**If the vehicle is new, and if it does not conform to all applicable warranties during the warranty period, you must report the nonconformity, defect or condition by giving written notice to the manufacturer, factory branch or lessor by certified mail, return receipt requested.**

**18. Optional Insurance and Other Products**

You are not required to buy any of the optional insurance or other products listed below to enter into this Lease, and they are not a factor in our credit decision. These insurance and other products will not be provided unless you initial below, and you are accepted by the Provider. By your initials below, you agree that you have received a notice of the terms of the insurance or product, and you want to obtain the insurance or product for the premium or charge shown. A portion of the premium or charge shown may be retained by the Lessor (Dealer).

☐ **Optional Credit Life Insurance**    $ _____N/A_____
N/A                                          Beginning Coverage
_____Insured(s)_____
N/A                          $ _____N/A_____    _____/_____
Provider                     Premium        Lessee / Co-Lessee Initials

☐ **Optional Credit Disability Insurance**   $ _____N/A_____
                                          Maximum Monthly Coverage
N/A                          $ _____N/A_____    _____/_____
Provider                     Premium        Lessee / Co-Lessee Initials

☐ **Optional Mechanical Breakdown Protection**
_____N/A_____ miles/ _____N/A_____ months
Coverage
N/A                          $ _____N/A_____    _____/_____
Provider                     Premium or Charge   Lessee / Co-Lessee Initials

☒ **Optional Guaranteed Automobile Protection (see Section 30)**
FIRST OPTION                 $ _____495.00_____    _____/_____
Provider                     Premium or Charge   Lessee / Co-Lessee Initials

☐ **Optional Maintenance Agreement**
_____N/A_____
                             $ _____N/A_____    _____/_____
Provider                     Premium or Charge   Lessee / Co-Lessee Initials

Total Premiums and Charges  $ _____495.00_____

**19. Complete Agreement or Modification.** By your initials, you acknowledge that this Lease contains the entire agreement for the Lease of this Vehicle. There are no other agreements. Any change to this Lease must be in writing, and signed by you and by us. _____/_____
Lessee / Co-Lessee Initials

---

**Lease Signatures and Notices**

**PLEASE READ THE BACK SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

tice to the Lessee: This is a lease. You have no ownership rights in the Vehicle unless and until you exercise your tion to purchase the Vehicle, if this Lease contains a purchase option. Do not sign this Lease before you read it or if it ntains any blank space. You are entitled to a completely filled in copy of this Lease when you sign it.

signing below, you acknowledge that: (1) You have read the entire Lease, including the back side; (2) You agree to all of provisions of this Lease; (3) You have received a completely filled-in copy of this Lease.

see Signature _____    Co-Lessee Signature _____

Lessor hereby accepts this Lease and assigns to Toyota Motor Credit Corporation all rights, title and interest in the Lease and in the Vehicle, and sor's rights under any guaranty executed in connection with this Lease, with full powers to Toyota Motor Credit Corporation to collect and discharge obligations related to this Lease, any guaranty, and this assignment.

sor    ANTWERPEN TOYOTA    By _____    Title _____    Date 07/22/99

**26**

# Retail Installment Contract/Lease Balance Deficiency Addendum
## (Gap) Waiver - Election Form

RETAIL
INSTALLMENT
CONTRACT
LEASE CONTRACT
(Check One)



te: _____07/22/1999_____

Enrollment #: GN    14211
(PREFIX)        (NUMBER)

rrower/Lessee  Name: ___BERNARD JOHN ESPOSITO___

dress: ___5199 PERRY RD. MT AIRY, MD  21771___

n  Holder/Lessor: ___TOYOTA MOTOR CREDIT CORP., P.O. BOX 8040, HUNT VALLEY, MD  21030___

Bank/          ANTWERPEN TOYOTA
count #: _____  Dealership:     12420 AUTO DRIVE, CLARKSVILLE, MD  21029

hicle  Year/Make  Model: ___1999 TOYOTA TACOMA CLOTH___

hicle ID Number: ___4TANL42N6XZ500873___

nount (Excluding GAP Fee): $ ___145.00___   Mileage: ___139___

rm: __60__ Months          Agreement Date: ___07/22/1999___

**X  Yes, I elect the Gap Waiver.**

understand that this Auto Gap Waiver is not an offer of insurance coverage. I acknowledge that purchase of
his coverage is optional, and is not required for the extension of credit. I understand that by accepting the
uto Gap Waiver for my retail installment contract or lease that my responsibility for the Gap Amount is
ereby waived by the Lender/Lessor (subject to the provisions and exclusions identified on the reverse side
f this election form) and that proceeds from my primary insurance policy or any applicable third party
nsurance policy will satisfy my deficiency balance, except those items listed below.*

The one-time cost is $ ___495.00___

ignature: X _____   Date: ___07/22/1999___

ignature: _____   Date: ___07/22/1999___

This Waiver **does not include:**

. Any refundable additions to retail installment contract/   3. Primary insurance deductible in excess
  lease amount                                                 of $1,000
. Late charges, fees added after retail installment contract/  4. Portion of retail installment contract/lease
  lease inception                                              that excess 125% of MSRP (new cars)
                                                               or 125% retail book value (used cars).

**☐  No, I do not elect the Gap Waiver.**

n the event my vehicle is stolen or a total loss and my insurance company pays less than the amount of my retail
nstallment contract/lease I understand I will be fully responsible for any deficiency balance.

ignature: _____   Date: _____

ignature: _____   Date: _____

**27**

Form No.: F06N36

## DEFINITIONS

"We", "us", and "our" refer to the lender/lessor; "you" and "your" mean the borrower or lessee shown on the reverse side of this form.

For the purposes of this Retail Installment Contract/Lease Balance Deficiency (Gap) Waiver, the following words are defined and their meanings will be as follows:

"Gap Amount" means the difference between the actual cash value and the unpaid net balance of the retail installment contract or lease.

"Total Loss or Constructive Total Loss" means a loss where the cost to repair or replace the collateral would exceed the actual cash value, as determined by the primary insurance carrier, or designated appraiser.

"Unrecovered Theft" means covered collateral has been reported as stolen by the lessee or borrower to both the police and primary insurance carrier, who have made every effort, yet have failed, to find and return the covered collateral.

"Actual Cash Value" means the amount determined by the primary insurance carrier at the time of loss. However, if there is no primary insurance at the time of a loss, actual cash value shall mean one half the sum of the average wholesale and retail values of the collateral with appropriate adjustments for mileage or optional equipment.

"Primary Insurance" means inforce insurance coverage, required by us, and carried by the lessee or borrower to protect the covered collateral from collision and comprehensive loss, naming us as Loss Payee or Lienholder. Additionally, primary insurance shall be any other coverage we may have protecting our interest in the covered collateral, contingent upon the failure or absence of the lessee's or borrower's coverage.

"Unpaid Net Balance" means the amount owed by the lessee or borrower to clear the outstanding lease or retail installment contract account upon the date of loss. This amount may not include any unearned interest, lease or retail installment contract charges, late charges, any Delinquent Payments, any uncollected service charges, refundable prepaid taxes and fees, or any other termination fees, penalty fees, or other items built into or added to the initial lease or retail installment contract balance.

## RETAIL INSTALLMENT CONTRACT/LEASE BALANCE DEFICIENCY (GAP) WAIVER

In consideration of the cost shown on the reverse side of this form, we will waive the Gap amount remaining due to a physical damage constructive loss or an unrecovered theft to the collateral shown on the reverse side of this form. Our maximum waiver shall be as follows: (A) If the collateral is protected by primary insurance, we will waive the amount obtained by subtracting the primary insurance settlement from the unpaid net balance plus up to $1,000 for the primary insurance deductible; or (B) If the collateral is not protected by primary insurance, we will waive the amount obtained by subtracting the actual cash value of the covered collateral from the unpaid net balance.

You will be responsible for the actual cash value portion of your outstanding retail installment contract/lease balance. We will not waive that portion of the unpaid net balance attributable to the original retail installment contract/lease amount exceeding 125% of the Manufacturer's Suggested Retail Price (MSRP) on new cars, or 125% of average retail book value on used cars, including all refundable items such as service contracts, warranties, insurance, or other such items.

## EXCLUSIONS

This Gap Waiver does not apply when the total loss or theft is: (1) to a vehicle that is part of a fleet that is intended for use as a public or livery conveyance, or any vehicle with commercial use; (2) due to war, whether or not declared, invasion, civil war, insurrection, rebellion or revolution; (3) due to wear and tear, freezing, mechanical or electrical breakdown or failure; (4) resulting from forgery; (5) resulting directly or indirectly from any fraudulent act by the lessee or borrower; (6) to equipment designed for the recording, reproduction, receiving or transmitting of sound or signals unless the device is permanently installed in the covered collateral at the time the covered collateral is purchased; (7) arising from a defect in title which existed at the time the instrument was written or became effective; (8) caused intentionally by the lessee or borrower; (9) due to conversion, embezzlement or secretion by any person in lawful possession of the covered collateral; (10) due to legal confiscation by a public official; (11) to other than the standard or optional equipment available from the manufacturer of the covered collateral.

## CANCELLATIONS

This Waiver may be cancelled any time during the term of the loan or lease. The refund amount will be calculated using the reverse Rule of 78's. Any refund is subject to a $20 cancellation fee. If the charge for this waiver was originally included in the loan or lease amount and the loan or lease is still open, the refund amount will be sent to the lender or lessor and applied against the outstanding balance of the loan or lease. All requests for cancellation must be made in writing and sent by certified mail to the selling dealer or agent.

## NOTICE OF LOSS

You must notify us within 30 days of receiving final settlement from the primary or third party insurance carrier and provide the following: (a) copy of the insurance settlement, (b) verification of the insurance deductible, (c) copy of police report in the case of an unrecovered theft. "Failure to notify the administrator within 30 days of receiving final settlement from the primary or third party insurance carrier and providing the Administrator with the requested documentation will result in the claim being deemed ineligible for payment."

November 9, 1999

Bernard John Esposito
5199 Perry Rd.
Mount Airy, Md. 21771

To whom it may concern,
This letter is in regards to my
(GAP) Claim.
I'm enclosing copies of the
police report, Allstate Insurance Coverage
at time of accident, Finance agreement,
and a copy of my (GAP) waiver.
You may contact
Troy Lingenfelter at Toyota Motor Credit.
for any other information you may need.
800 - 445 - 8812 x 4705
Fax 410 - 229 - 4733

Sincerely,



RECEIVED

29

12/23/99   15:26 FAX 518 863 6963          LEE & MASON FINANCIAL          → RPI                                    001

# LEE & MASON

*Financial Services, Inc.*
ROUTE 30 - P.O. BOX 270
NORTHVILLE, NEW YORK 12134-0270
518-863-4311 - 518-863-6963 FAX

To:   Stacey Bond
      RPI-Contractual Liability Program                    12/23/99

From:   Terry J. Poulin                          Date: November 22, 1999

## DOCUMENT CHECKLIST

Name:  BERNARD J ESPOSITO                    Account Number: 14211

Our Claim Number:  30333

- ☑ Notice of Loss (please retain one copy) and send other to:

  *Rec'd 12/13*

  - ☑ Lee and Mason Financial Services, Inc
  - ☐ Outside Claims Adjuster (If Lee and Mason is to notify the Claims Adjuster, please indicate so on the Notice of Loss)

- ☐ Copy of Instrument (Front and Back)
  - ☐ Security Agreement
  - ☐ Loan Note
  - ☐ Disclosure Statement

*✱ Still need*

- ☐ Copy of Loan/Lease Applicatio
- ☑ Copy of payment history showing gross unpaid balance ← *Payments made*
- ☐ Copy of title or evidence of recorded lien
- ☐ Proof of repossession
- ☐ Copy of Primary Insurance verification or last known policy information and telephone number
- ☐ Collection efforts/notes (from delinquency date)
- ☐ Narrative statement explaining steps taken to locate the borrower and reason
- ☐ Order for immediate repossession if vehicle is located
  - ☐ Hold Harmless Letter

*Rec'd 12/13*

- ☑ Other  Copy of Insurance Check

**If you are unable to send this documentation to me by 12/06/99, let me know. Also please include my name and claim number when sending any information. Thank you.**

**30**

# *RPI*

<u>**RESOLUTION PROVIDERS INC.**</u>

**STACEY BOND**
*Administrative Supervisor*
Post Office Box 1140  1720 Highway 34
Wall, New Jersey 07719
Phone: 732-556-1860
Fax: 732-556-1877
E-Mail: RPIHQ@aol.com

December 15, 1999

Mr. Bernard Esposito
5199 Perry Rd
Mt. Airy, MD  21771

Re:    Gap Claim

Dear Mr. Esposito:

Enclosed please find a letter from Toyota Motor Credit Corp., as you can see they will not send us a copy of your credit history on your loan, from day one to current.

With out this documentation the Insurance Company WILL NOT make payment on your behalf until this paperwork is received.

Please contact Toyota Motor Credit and have them send copies of your payment history to you so you can forward it on.

Your prompt attention to this matter would be greatly appreciated.

Sincerely,

Stacey L. Bond
Administrative Supervisor

12/13/99  15:37 FAX 518 863 6963          LEE & MASON FINANCIAL    → RPI                    ⅷ001

# LEE & MASON
*Financial Services, Inc.*
ROUTE 30 - P.O. BOX 270
NORTHVILLE, NEW YORK 12134-0270
518-863-4311 - 518-863-6963 FAX

To:    Stacey Bond
       RPI-Contractual Liability Program

                                          Date: November 22, 1999
From:   Terry J. Poulin

                  DOCUMENT CHECKLIST

Name:  BERNARD J ESPOSITO              Account Number: 14211

Our Claim Number:  30333

- ☑  Notice of Loss (please retain one copy) and send other to:

*Rec'd 12\13*

- ☑  Lee and Mason Financial Services, Inc
- ☐  Outside Claims Adjuster (If Lee and Mason is to notify the Claims
     Adjuster, please indicate so on the Notice of Loss)

- ☐  Copy of Instrument (Front and Back)
  - ☐  Security Agreement
  - ☐  Loan Note
  - ☐  Disclosure Statement

*✱ Still need*

- ☐  Copy of Loan/Lease Applicatio
- ☑  Copy of payment history showing gross unpaid balance → *Payments made*
- ☐  Copy of title or evidence of recorded lien
- ☐  Proof of repossession
- ☐  Copy of Primary Insurance verification or last known policy information
     and telephone number
- ☐  Collection efforts/notes (from delinquency date)
- ☐  Narrative statement explaining steps taken to locate the borrower and reason
- ☐  Order for immediate repossession if vehicle is located
  - ☐  Hold Harmless Letter

*Rec'd 12\13*

- ☑  Other  Copy of Insurance Check

**If you are unable to send this documentation to me by 12/06/99, let me know.
Also please include my name and claim number when sending any
information. Thank you.**

# TOYOTA MOTOR CREDIT CORPORATION

803 International Circle, Suite 300
P.O. Box 3040
Hunt Valley, MD 21030-3040
(410) 230-4700

December 4, 1999

Administrator Insurance Services
1720 Hwy 34
PO Box 1140
Wall, NJ  07719

Account: 02-0632-45443
Customer: Bernard Esposito
Gap Agreement: GN 14211

To Whom It May Concern:
Enclosed you will find most of the requested documentation to file a claim on the above referenced policy.  However, due to certain privacy laws TMCC is unable to accommodate you with the payment history of any loan.  Also, We have been unable to obtain a copy of the police report, but I would hope this is not needed since it was not a theft.

I should also point out this account did not have any additional warranty or life, accident and health insurance policies.  If you should need anything else please feel free to call me.

Sincerely,

Troy Lingenfelter
Customer Account Rep. Sr.
800-445-8812 x 4705



RECEIVED
DEC - 9 1999

**33**

# FAX COVER SHEET

## RPI®

### RESOLUTION PROVIDERS INC.

*Insurance Services*

1720 Hwy. 34 * Wall, NJ 07719

(732) 556-1860 * TELEFAX: (732) 556-1877

DATE: December 10, 1999

TO:  Firm: Lee & Mason
Attention: Terry Poulin

Phone No.: (518) 863-4311
Fax No.: ( 518) 863 -6963

FROM: Stacey Bond

We are sending _14_ page(s) to you, inclusive of this transmittal. If you do not receive all of these pages, kindly contact us by telephoning (732) 556 1860.

*MESSAGE OR SPECIAL INSTRUCTIONS:*

Terry,

Here is the rest of the paperwork on customer Bernard Esposito, I believe I faxed you some already, if not this is all I have.

Your claim # is 30333  A-G 14211

Thanks,
Stacey

## Confidentiality Statement

The documents contained in this telecopy transmission contain information, which is CONFIDENTIAL. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and arrange for the return of the Original document to us.

# FAX COVER SHEET



## RESOLUTION PROVIDERS INC.

*Insurance Services*

1720 Hwy. 34 * Wall, NJ 07719

(732) 556-1860 * TELEFAX: (732) 556-1877

<u>DATE</u>: January 10, 2000

<u>TO:</u>    <u>Firm:</u> Lee & Mason
<u>Attention:</u>  Terry Poulin

<u>Phone No.</u>: (518) 863-4311
<u>Fax No.</u>: ( 518) 863 -6963

<u>FROM:</u> Stacey Bond

We are sending  _4_ page(s) to you, inclusive of this transmittal.  If you do not receive all of these pages, kindly contact us by telephoning (732) 556 1860.

<u>*MESSAGE OR SPECIAL INSTRUCTIONS*</u>:

Terry,

Here is the rest of the paperwork for Bernard Esposito; your claim number is 30333.  If you need anything additional please let me know, and I will see if the creditor will cooperate a little better this time.

Thanks,
Stacey

## Confidentiality Statement

The documents contained in this telecopy transmission contain information, which is CONFIDENTIAL. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and arrange for the return of the Original document to us.

LM033-2
01/05/00

TMCC VEHICLE LEASING PROGRAM
LEASE INQUIRY
01/05/00          06:00.34

REGION    02    TMCC LEASE REGION 02    BRANCH    0632    BALTIMORE, MD    STATE MD

| LSB # 45443 | | | | |
|---|---|---|---|---|
| CUST# 45443 | CUST.NAME | ESPOSITO, BERNARD J | DLR PART | |
| VEH # 45443 | RES PHONE | 410-975-2979 | DLR BAL | |
| LIC # 678976 | BUS PHONE | 301-963-8841 | RSV HELD | DLR RSV |
| DLR # 19044 | DLR. NAME | ANTWERPEN'S TOYOTA VILLAG | DLR RSV PAYMODE | T |
| VIN 4TAN14N6XZS00873 | DLR.PHONE 301-531-5700 | ACCT TYPE  I | ACCT STATE  MD | |
| --ACCOUNT STATUS-- | --RENT AMOUNT-- | ----MISCELLANEOUS---- | LSE TRANSFER  N  N | |
| PAID TO  11-08-99 | DEPR  213.77 | PRINT HISTORY | --PAYOFF BALANCE-- | |
| PMT TYPE  MONTHLY | INC  79.03 | INS. TYPE  C | CON.OBL  18,242.01 | |
| 30-60-90  00 00 00 | BASE  292.80 | INS. CO | TOT DUE  0.00 | |
| CUR DUE  0.00 | TAX | MO. PREM. | L/C REC  0.00 | |
| PD31-60  0.00 | INS | INS.CLASS | REPO EX  0.00 | |
| PD61-90  0.00 | LOCAL  .00 | INS.CLASS | MIS/TRM  0.00 | |
| OVER 90  0.00 | PREPD | LSE. DATE  07-22-99 | INS AMT  0.00 | |
| TOT DUE  0.00 | MAINT | ST. DATE  07-22-99 | SEC DEP  0.00 | |
| PAYMENT DEFERRED | TOTAL  292.80 | MAT. DATE 07-22-04  60  4  56 | TOT AMT  18,242.01 | |
| | | OR-EX-RE | | |

PF1 BACK | PF3 THIRD SCREEN | PF6 NEXT LEASE | PF7 NEW INQ | PF11 SECOND SCREEN
LEASE IS TERMINATED SEE PAYOFF INQ FOR OUTSTANDING BALANCE

LM033-4
01/05/00

TMCC VEHICLE LEASING PROGRAM
LEASE INQUIRY

01/05/00    06:05:14

| REGION | 02 | TMCC LEASE REGION 02 | BRANCH | 0632 | BALTIMORE, MD | STATE | MD |
| 0001 | 0010 | | | | | | |
| LEASE NBR. | 45443 | TOTAL RENT | 292.80 | FIRST PAYMENT DATE | 07-22-99 | | |

LEASE PMTS LATE CHARGE MISC/TERM  PREPAID

TRANS DT  EFF DT  JT DOC NBR RECEIVABLE RECEIVABLE RECEIVABLE AMOUNT

| TRANS DT | EFF DT | JT | DOC NBR | | |
|---|---|---|---|---|---|
| 11-08-99 | | LG | 45443 | 292.80- | |
| 10-22-99 | | LG | 45443 | 292.80 | |
| 09-28-99 | | CR | LBX3 | 292.80- | |
| 09-22-99 | | LG | 45443 | 292.80 | |
| 08-30-99 | | CR | LBX3 | 292.80- | |
| 08-23-99 | | LG | 45443 | 292.80 | |
| 08-16-99 | | LG | 45443 | 292.80- | |
| 08-16-99 | | LG | 45443 | 292.80 | |

** ACCOUNT TOTALS **
SEARCH DATE (MM/DD/YY)  00  /  00  /  00
PF3 1ST PG  PF5 PREV PG  PF6 NEXT PG  PF7 NEW INQ  PF10 1ST SCRN  PF11 2ND SCRN

37

JAN 05 '00 09:32 FR TMCC LEASE                410 229 4733 TO 917322804075      P.03/05

```
LM035-2
01/05/00                    TMCC VEHICLE LEASING PROGRAM
                                  PAYOFF INQUIRY
                                                      01/05/00        05:43:49
REGION        02      TMCC LEASE REGION 02
                                                 BRANCH      0632    BALTIMORE, MD      STATE MD

LEASE NUMBER         45443
LEASE TYPE           07                          CONT REC           22,527.80
ORG EXP REM   60  6  54                          REFUND              4,285.79-
LSE EXT DATE                                      CONT OBL           18,242.01
CUSTOMER      45443 ESPOSITO, BERNARD J           L/C REC                 0.00
                                                  PMT DUE                 0.00
VEHICLE              99 TOYOTA TACOMA P/U          PPD RBC                 0.00
LICENSE NO           67B976 LIC STATE MD           MISC REC               0.00
SERIAL NO            4TANL42N6XZ500873             INSURANCE              0.00
PURCHASE OPT         6,131.00                      PPT AMOUNT             0.00
DEALER               19044  ANTWERPENS             GROSS PAYOFF      18,242.01
DLR PART             0.00                          SEC DEP                0.00
DLR RSV              0.00                          NET PAYOFF        18,242.01
DLR BAL              0.00                          QUOTE             18,242.01
                     MONTH EXP   006               GOOD THRU   01-21-00

| PF1 BACK | PF2 VIEW ERRORS | PF7 NEW INQ |
LEASE IS CURRENTLY TERMINATED
```

JAN 05 '00 09:32 FR TMCC LEASE      410 229 4733 TO 917322804075     P.02/05

# TOYOTA MOTOR CREDIT CORPORATION

303 International Circle, Suite 300
P.O. Box 8040
Hunt Valley, MD 21030-8040
(410) 229-4700

January 5, 2000

Administrator Insurance Services
1720 Hwy 34
PO Box 1140
Wall, NJ  07719

Account: 02-0632-45443
Customer: Bernard Esposito
Gap Agreement: GN 14211

In accordance with your GAP policy I have enclosed a payoff for the account of Bernard Esposito. Also, I would like to point out the account reflects no late charges or past due payments. The history of the account has 0 x 30days past due, 0 x 60 days past due and 0 x 90 days past due. Please feel free to call me should you have any further question.

Sincerely,

Troy Lingenfelter
Customer Account Rep. Sr.
410-229-4705

**39**

# FAX  COVER  SHEET

## *RPI*®

### RESOLUTION PROVIDERS INC.

*Insurance Services*

1720 Hwy. 34 * Wall, NJ 07719

(732) 556-1860 * TELEFAX: (732) 556-1877

<u>DATE</u>: December 15, 1999

<u>TO</u>:    <u>Firm</u>:  Lee & Mason
<u>Attention</u>:  Terry Poulin

<u>Phone No</u>.: (518) 863–4311
<u>Fax No</u>.: ( 518) 863 -6963

<u>FROM</u>:  Stacey Bond

We are sending  _3_ page(s) to you, inclusive of this transmittal.  If you do not receive all of these pages, kindly contact us by telephoning (732) 556 1860.

<u>*MESSAGE OR SPECIAL INSTRUCTIONS*</u>:

Terry,

Following please find the paperwork for Bernard Esposito, please read the letter from Toyota Motor Credit .  They will not send us a copy of his payment history. I will send a letter to the customer today requesting that he send it to us.  As soon as I get it I will forwared it to you.

Your claim # is 30333

Thanks,
Stacey

### Confidentiality Statement

The documents contained in this telecopy transmission contain information, which is CONFIDENTIAL. The information is intended only for the use of the individual or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.  If you have received this telecopy in error, please immediately notify us by telephone and arrange for the return of the Original document to us.

**40**