UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

April 7, 2003

J. Brian Cashmere, Esquire
Kathleen O. Barnes, Esquire
Justin S. Hawkins, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, VA 22102

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
27th Floor
One South Street
Baltimore, MD 21202-3282

      Re:    <u>Antwerpen Chevrolet, Ltd., et al. v. Resolution Providers, Inc., et al.,
             Civil No. CCB-02-1271</u>

Dear Counsel:

    Please provide a status report in this case by **April 21, 2003**. Plaintiffs' counsel also should advise the Court how they wish to proceed in light of the RPI bankruptcy.

    Thank you.

                                               Sincerely yours,

                                               /s/

                                             Catherine C. Blake
                                             United States District Judge

cc:    Judge Susan K. Gauvey