LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com
(410) 332-8550

(WRITER'S DIRECT DIAL NO.)　　　　　　　　　　　　　　　　　　　　(DIRECT FAX NO.)

(410) 332-8584　　　　　　　　　　　　　　　　　　　　　　　　　　(410) 332-8594

November 1, 2002

**BY FAX MACHINE**
　**703-893-8029**
**ORIGINAL LETTER MAILED**

Justin Hawkins, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive
McLean, Virginia 22102

　　　　RE:　Antwerpen Chevrolet, Ltd., et al.
　　　　　　　v. Resolution Providers, Inc., et al.
　　　　　　　United States District Court for the District of Maryland
　　　　　　　Civil Action No. CCB-02-1271

Dear Mr. Hawkins:

　　Enclosed is an Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) for the deposition of Resolution Providers, Inc. Per your request, the date of the deposition has been changed to November 20, 2002. Please note that Exhibit A to the notice has been changed, with the insertion of new Paragraph Nos. 2 and 3.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　Price O. Gielen

POG:pd
Enclosure
174909 – 1730.2

2

Case 1:02-cv-01271-CCB   Document 52-5   Filed 04/08/2003   Page 2 of 2

2

173918