01/17/2003 FRI 16:30 FAX 703 745 1884 WTH-F                                      ☒001/001

# WATT, TIEDER, HOFFAR & FITZGERALD, LLP
ATTORNEYS AT LAW

7929 Westpark Drive
Suite 400
McLean, Virginia 22102-4224

Telephone: 703-749-1000
Facsimile: 703-893-8029
www.wthf.com

Justin S. Hawkins
(703) 749-1043
jhawkins@wthf.com

January 17, 2003

**VIA FACSIMILE (410) 332-8594**

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
27th Floor
One South Street
Baltimore, MD 21202

    Re:   Antwerpen Chevrolet, LTD v. Resolution Providers, Inc.;
            CCB 0 2 CV 1271

Dear Price:

      This is to confirm that the witnesses noticed for depositions on January 21-23, 2003 remain unavailable. Therefore, we do not intend to appear at your offices on the above dates. We will provide you with suitable dates when the information becomes available.

      If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.

Justin S. Hawkins, Esq.

JSH/sp

cc: Mr. Mark McDonald

*[Handwritten note: TEL Hawkins 1/20/03 — Still not able to reach Δs & ∴ no dates to offer. Will contact POG as soon as he's able to reach clients]*

Irvine, California                   Washington, D.C.                Florence, Italy