## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., | * | |
| Plaintiffs | * | Civil Action No.  CCB02CV1271 |
| vs. | * | |
| RESOLUTION PROVIDERS, INC., et al., | * | |
| Defendants | * | |
| *          *          * | * | *          * |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that at 9:30 a.m. on February 13, 2003, at the offices of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., 27th Floor, One South Street, Baltimore, Maryland 21202, Price O. Gielen, attorney for Plaintiffs, will take the deposition of Defendant, Carol Scott Stevens.  The deposition will be taken before a Notary Public or such other person qualified to administer oaths and will be recorded by stenographic means.  The oral examination will continue from day to day until completed.

_____/s/_____
PRICE O. GIELEN
Trial Bar No. 00577
Neuberger, Quinn, Gielen,
  Rubin & Gibber, P.A.
27th Floor
One South Street
Baltimore, Maryland 21202
(410) 332-8523
        Attorneys for Plaintiffs

179124 – 1730.2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY, that on this 4th day of February, 2003, a copy of the foregoing Notice of Deposition of Carol Scott Stevens was mailed, first-class, postage prepaid, to:

J. Brian Cashmere, Esquire
Justin Hawkins, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.,
7929 Westpark Drive
McLean, Virginia 22102
    Attorneys for Defendants

Carol Scott Stevens
111 Park Avenue
Long Branch, New Jersey  07740-4720

Carol Scott Stevens
1928 Highway 35
Wall, NJ 07719-3513

Carol Scott Stevens
1720 Hwy 34
POB 1140
Wall, NJ  07719-1140

_____/s/_____
PRICE O. GIELEN

179124 – 1730.2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

ANTWERPEN CHEVROLET, LTD., et al.,       *

             Plaintiffs       *       Civil Action No.  CCB02CV1271

   vs.              *

RESOLUTION PROVIDERS, INC., et al.,    *

            Defendants     *

       *        *        *        *        *

<u>**NOTICE OF DEPOSITION**</u>

     **PLEASE TAKE NOTICE** that at 9:30 a.m. on February 14, 2003, at the offices of

Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., 27th Floor, One South Street, Baltimore, Maryland

21202, Price O. Gielen, attorney for Plaintiffs, will take the deposition of Defendant, Mark L.

McDonald.  The deposition will be taken before a Notary Public or such other person qualified to

administer oaths and will be recorded by stenographic means.  The oral examination will continue from

day to day until completed.


                        _____/s/_____
                        PRICE O. GIELEN
                        Trial Bar No. 00577
                        Neuberger, Quinn, Gielen,
                         Rubin & Gibber, P.A.
                        27th Floor
                        One South Street
                        Baltimore, Maryland 21202
                        (410) 332-8523
                            Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this 4th day of February, 2003, a copy of the foregoing Notice of Deposition of Mark McDonald was mailed, first-class, postage prepaid, to:

> J. Brian Cashmere, Esquire
> Justin Hawkins, Esquire
> Watt, Tieder, Hoffar & Fitzgerald, L.L.P.,
> 7929 Westpark Drive
> McLean, Virginia 22102
>     Attorneys for Defendants
>
> Mark L. McDonald
> 111 Park Avenue
> Long Branch, New Jersey  07740-4720
>
> Mark L. McDonald
> 1928 Highway 35
> Wall, NJ 07719-3513

_____/s/_____
PRICE O. GIELEN

179124 – 1730.2