# WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

ATTORNEYS AT LAW

7929 Westpark Drive
Suite 400
McLean, Virginia 22102-4224

Telephone: 703-749-1000
Facsimile: 703-893-8029
www.wthf.com

Justin S. Hawkins
(703)-749-1043
jhawkins@wthf.com

February 10, 2003

<u>VIA FACSIMILE (410) 332-8594</u>

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
27th Floor
One South Street
Baltimore, MD 21202

Re: <u>Antwerpen Chevrolet, LTD v. Resolution Providers, Inc.;
CCB 0 2 CV 1271</u>

Dear Price:

This is in response to the depositions noticed for Carol Scott Stevens and Mark L. McDonald in the above referenced matter. Please note that the witnesses will not be available on February 13 or 14, 2003. Therefore, we do not intend to appear at your offices on the above dates. We will provide you with suitable dates when the information becomes available.

If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.

Justin S. Hawkins, Esq.

JSH/sp
cc: Mark L. McDonald
    Carol S. Stevens

Irvine, California          Washington, D.C.          Florence, Italy