IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., | * | |
| Plaintiffs | * | Civil Action No.CCB02CV1271 |
| vs. | * | |
| RESOLUTION PROVIDERS, INC., et al., | * | |
| Defendants | * | |

\*          \*          \*          \*          \*

**ORDER**

Upon Consideration of Plaintiffs, Antwerpen Chevrolet, Ltd., Antwerpen Dodge, Ltd., Antwerpen Motorcars, Ltd., and J.A. Motorcars, Inc., all d/b/a Antwerpen Automotive Group ("Antwerpen"), and Argo Insurance Company ("Argo")'s Motion to Compel Carol Scott Stevens and Mark L. McDonald to Appear at Deposition and Motion for Default Judgment, Affidavit of Price O. Gielen, and Memorandum in Support of Motion to Compel Carol Scott Stevens and Mark L. McDonald to Appear at Deposition and Motion for Default Judgment, it is this ____ day of _____, 2003,

**ORDERED**, that the Motion to Compel is here **GRANTED**, and Defendants Stevens and McDonald are ordered to appear at a Deposition to be scheduled by Plaintiffs within the next ten (10) days.

**FURTHER ORDERED**, that Defendants Stevens and McDonald shall pay legal fees to counsel for Plaintiffs in the amount of One Thousand Five Hundred Dollars ($1,500.00).

181781; 1730.2

1

2

**FURTHER ORDERED**, that if Defendants Carol Scott Stevens and Mark L. McDonald fail to appear at their depositions to be scheduled, a judgment by default shall be entered in favor of Plaintiffs and against Defendants Carol Scott Stevens and Mark L. McDonald.

DATED:_____, _____, 2003

                                                _____
                                                CATHERINE C. BLAKE, JUDGE
                                                U.S. DISTRICT COURT
                                                FOR THE DISTRICT OF MARYLAND

cc:    All Counsel