IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., | * | |
| Plaintiffs | * | Civil Action No.  CCB02CV1271 |
| vs. | * | |
| RESOLUTION PROVIDERS, INC., et al., | * | |
| Defendants | * | |

\*      \*      \*      \*      \*

## PLAINTIFFS' STATUS REPORT

Plaintiffs, Antwerpen Chevrolet, Ltd., Antwerpen Dodge, Ltd., Antwerpen Motorcars, Ltd., and J.A. Motorcars, Inc., all d/b/a Antwerpen Automotive Group ("Antwerpen"), and Argo Insurance Company ("Argo"), by and through their undersigned counsel, hereby submit this status report to the Court as directed by the Court in its Order dated April 7, 2003, as follows:

1. Defendant Resolution Providers, Inc. ("RPI") filed for bankruptcy on January 23, 2003.

2. The following motions are outstanding in this case:

- Watt, Tieder, Hoffar & Fitzgerald, L.L.P. ("WTHF")'s Motion for Leave to Withdraw as Attorney for individual Defendants McDonald and Stevens, filed on January 24, 2003.

- RPI's Rule 37(a)(4)(A) Response to Award of Expenses, filed on February 24, 2003 on behalf of RPI, WTHF and the individual counsel of record.

- RPI's Objections to Order of Discovery and Award of Expenses, filed on March 3, 2003 on behalf of RPI, WTHF and the individual counsel of record.

- WTHF's Motion for Leave to Withdraw as Attorney for Defendant Resolution Providers, Inc., filed on March 3, 2003.

- RPI's Motion for Extension of the Date of Enforcement of Order, filed on March 4, 2003 on behalf of RPI, WTHF and the individual counsel of record.

- Motion to Compel Defendants Carol Scott Stevens and Mark L. McDonald to Appear at Deposition and Motion for Default Judgment As a Sanction if Defendants Fail to Comply, filed on April 8, 2003 on behalf of Plaintiffs, Antwerpen and Argo.

3.    Plaintiffs Antwerpen and Argo do not oppose WTHF's Motion for Leave to Withdraw as Attorney for Defendants.

4.    Although Defendant RPI, WTHF and the individual counsel of record for RPI have filed an objection to Magistrate Judge Susan K. Gauvey's Order to produce documents and responses to interrogatories and for an award to Plaintiffs for $1,500.00 in expenses, Plaintiffs contend that there is no justification for Defendant's failure to produce documents, and so it remains in defiance of a court order.

5.    Plaintiffs Antwerpen and Argo intend to pursue their claims against the individual Defendants, Carol Scott Stevens ("Stevens") and Mark L. McDonald ("McDonald), despite RPI filing for bankruptcy. However, Plaintiffs have been unable to depose Defendants Stevens and McDonald because of their repeated failure to appear when sent Notices of Deposition. As a result, Plaintiffs filed the above-referenced motion to compel the depositions of Defendants Stevens and McDonald.

6.    Defendants Stevens and McDonald contacted WTHF last week and informed them that they intend to send a letter to the Court Clerk this week stating that they intend to proceed pro se.

7.    Defendants Stevens and McDonald have advised their counsel that they intend to respond to Plaintiffs' motion to compel their depositions.

April 21, 2003                                          Respectfully submitted,


                                                        _____/s/_____
                                                        PRICE O. GIELEN, Fed. Bar No. 00577
                                                        DIANE C. BRISTOW, Fed. Bar No. 26782
                                                        Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
                                                        One South Street, 27th Floor
                                                        Baltimore, Maryland 21202-3282
                                                        (410) 332-8523
                                                        FAX: (410) 332-8594

                                                        Attorneys for Plaintiffs


182664v.2 – 1730.2