IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., et al. | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No.   CCB02CV1271 |
| RESOLUTION PROVIDERS, INC., et al., | : | |
| Defendants | : | |

## STATUS REPORT

COMES NOW the individual Defendants, Mark McDonald and Carol Stevens, by and through their undersigned counsel, without waiving any and all defenses and objections asserted hereto, and hereby submit this Status Report to the Court as directed by the Court in its Order dated April 7, 2003, would state as follows:

1. Defendant Resolution Providers, Inc. ("RPI") filed for a Chapter 7, no asset bankruptcy on January 23, 2003.

2. The following motions are outstanding in this case:

   - Watt, Tieder, Hoffar & Fitzgerald, L.L.P.'s ("WTHF") Motion for Leave to Withdraw as Attorney for individual Defendants McDonald and Stevens, filed on January 24, 2003.

   - RPI's Rule 37(a)(4)(A) Response to Award of Expenses, filed on February 24, 2003 on behalf of RPI, WTHF and the individual counsel of record.

   - RPI's Objections to Order of Discovery and Award of Expenses, filed on March 3, 2003 on behalf of RPI, WTHF and the individual counsel of record.

   - WTHF's Motion for Leave to Withdraw as Attorney for Defendant Resolution Providers, Inc., filed on March 3, 2003.

- RPI's Motion for Extension of the Date of Enforcement of Order, filed on March 4, 2003 on behalf of RPI, WTHF and the individual counsel of record.

- Motion to Compel Defendants Carol Scott Stevens and Mark L. McDonald to Appear at Deposition and Motion for Default Judgment As a Sanction if Defendants Fail to Comply, filed on April 8, 2003 on behalf of Plaintiffs, Antwerpen Chevrolet, Ltd., Antwerpen Dodge, Ltd., Antwerpen Motorcars, Ltd., and J.A. Motorcars, Inc., all d/b/a Antwerpen Automotive Group ("Antwerpen") and Argo Insurance Company ("Argo").

3. The Plaintiffs have not opposed any of RPI's or WTHF's outstanding motions.

4. WTHF was advised on Friday, April 18, 2003 that the individual defendants, Carol Scott Stevens and Mark L. McDonald, will forward a letter to the Clerk of this Court, for overnight delivery, today, April 21, 2003, informing the Clerk of their intent to proceed pro se in this matter.

5. WTHF was informed further on Friday, April 18, 2003 that the individual defendants will file a response to the Plaintiffs' Motion to Compel, including affidavits in support of said response.

Dated April 21, 2003

Respectfully Submitted,

_____/Signed/_____
J. Brian Cashmere, Esq. (Federal Bar No. 14170)
Kathleen Olden Barnes, Esq.
Justin S. Hawkins, Esq.
**WATT, TIEDER, HOFFAR &
   FITZGERALD, L.L.P.**
7929 Westpark Drive
McLean, Virginia 22102
(703) 749-1000

Counsel for Defendant
Resolution Providers, Inc.

## Certificate of Service

I, Justin S. Hawkins, Esq., counsel for defendant, Resolution Providers, Inc., do hereby certify that on this day, the 21st of April 2003, a true and real copy of the above Status Report was transmitted via electronic filing to Price O. Gielen, Esq., at Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., One South Street, 27th Floor, Baltimore, Maryland 21202.

> _/Signed/_
> Justin S. Hawkins, Esq.