IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., ET AL. | : | |
| | : | |
| v. | : | CIVIL NO. CCB-02-1271 |
| | : | |
| RESOLUTION PROVIDERS, INC. | : | |

...o0o...

## **ORDER**

Pending motions having been considered, it is hereby **ORDERED** that:

1. the motions for counsel to withdraw (docket nos. 42 and 47) are **Granted**; and

2. the Clerk shall send copies of this Order to counsel of record and to Mark McDonald and Carol Stevens.


  June 23, 2003                               /s/
     Date                                    Catherine C. Blake
                                             United States District Judge