## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

July 17, 2003

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
27th Floor
One South Street
Baltimore, MD 21202

Mr. Mark L. McDonald
Ms. Carol Scott Stevens
111 Park Avenue
Elberon, NJ 07740

      Re:    <u>Antwerpen Chevrolet, LTD., et al. v. Resolution Providers, Inc., et al.</u>
              <u>Civil No. CCB-02-1271</u>

Dear Mr. Gielen, Mr. McDonald, and Ms. Stevens:

    Please provide a status report in this case by **August 25, 2003**.

                                          Sincerely yours,

                                          /s/

                                          Catherine C. Blake
                                          United States District Judge