UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4953

July 17, 2003

Price O. Gielen, Esq.
Neuberger, Quinn, Gielen, Rubin, & Gibber, P.A.
27th Floor
One South Street
Baltimore, MD 21202

Mr. Mark L. McDonald
Ms. Carol Scott Stevens
111 Park Avenue
Elberon, NJ 07740

Re: Antwerpen Chevrolet, LTD., et. al., v. Resolution Providers, Inc., et. al., Civil No. CCB-02-1271.

Dear Counsel, Ms. Stevens, and Mr. McDonald:

As I stated in my June 17, 2003 letter order, I intended to rule on the pending motion to compel after receipt of the affidavit of Ms. Stevens' physician. I have received that affidavit and further have discussed the matter in subsequent telephone conferences. Based on the affidavit, I have concluded that Ms. Stevens' health would permit a deposition, but in recognition of her medical condition, if the plaintiff wishes to depose Ms. Stevens, that deposition must be taken in New Jersey at a location reasonably close to her residence.

As to Mr. McDonald, it appears that Mr. McDonald's deposition could be taken in Maryland so long as it did not occur at a time in Ms. Stevens' monthly treatments where his assistance on a 24 hour basis might be necessary.

Accordingly, the motion to compel the depositions of Ms. Stevens and Mr. McDonald (Paper No. 52) is granted in part and denied in part.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Susan K. Gauvey
United States Magistrate Judge

cc: Honorable Catherine C. Blake
Court File