IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., | * | |
| Plaintiffs | * | Civil Action No.  CCB02CV1271 |
| vs. | * | |
| RESOLUTION PROVIDERS, INC., et al., | * | |
| Defendants | * | |

\*        \*        \*        \*        \*

## PLAINTIFFS' STATUS REPORT

Plaintiffs, Antwerpen Chevrolet, Ltd., Antwerpen Dodge, Ltd., Antwerpen Motorcars, Ltd., and J.A. Motorcars, Inc., all d/b/a Antwerpen Automotive Group ("Antwerpen"), and Argo Insurance Company ("Argo"), by and through their undersigned counsel, hereby submit this status report to the Court as directed by the Court in its Order dated July 17, 2003, as follows:

1.      Defendant Resolution Providers, Inc. ("RPI") filed for bankruptcy on January 23, 2003.

2.      Carol L. Cox, attorney for Individual Defendants Carol Scott Stevens ("Stevens") and Mark L. McDonald ("McDonald"), submitted to Plaintiffs' counsel the Individual Defendants' HUD-1 Uniform Settlement Statement from the sale of their home at 111 Park Avenue, Long Branch, New Jersey.  The statement indicates that Stevens and McDonald did not receive any funds from the sale of their home.

3.      In light of the Individual Defendants financial status and pursuant to Federal Rules of Civil Procedure Rule 41, Plaintiffs Antwerpen and Argo have sent Defendants a Stipulation to Dismiss

with Prejudice for their signature. Once the signed stipulation is received by Plaintiffs' counsel, the Stipulation will be filed with this Court.

August 25, 2003                                             Respectfully submitted,

                                                                     _____/s/_____
                                                                      PRICE O. GIELEN, Fed. Bar No. 00577
                                                                       DIANE C. BRISTOW, Fed. Bar No. 26782
                                                                       Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
                                                                       One South Street, 27th Floor
                                                                       Baltimore, Maryland 21202-3282
                                                                       (410) 332-8523
                                                                       FAX: (410) 332-8594

                                                                       Attorneys for Plaintiffs

188407 – 1730.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., | * | |
| Plaintiffs | * | Civil Action No.  CCB02CV1271 |
| vs. | * | |
| RESOLUTION PROVIDERS, INC., et al., | * | |
| Defendants | * | |

\*       \*       \*       \*       \*

**<u>NOTICE OF SERVICE</u>**

I HEREBY CERTIFY that on this 25th day of August 2003, a copy of "Plaintiffs' Status Report" was sent by first class mail to Carol Scott Stevens and Mark L. McDonald, 111 Park Avenue, Elberon, New Jersey 07740, Defendants.

_____/s/_____
Diane C. Bristow
Neuberger Quinn Gielen Rubin & Gibber, PA
One South Street, 27th Floor
Baltimore, MD 21202-3282

Attorneys for Plaintiff

3