IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ANTWERPEN CHEVROLET, LTD., et al., | * | |
| Plaintiffs | * | Civil Action No. CCB02CV1271 |
| vs. | * | |
| RESOLUTION PROVIDERS, INC., et al., | * | |
| Defendants | * | |

\* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Plaintiffs, Antwerpen Chevrolet, Ltd., Antwerpen Dodge, Ltd., Antwerpen Motorcars, Ltd., and J.A. Motorcars, Inc., all d/b/a Antwerpen Automotive Group ("Antwerpen"), and Argo Insurance Company ("Argo"), through their undersigned counsel, and Individual Defendants Carol Scott Stevens ("Stevens") and Mark L. McDonald ("McDonald") hereby stipulate to the dismissal of this case with prejudice.

Dated: ~~August~~ October 6, 2003

_____
PRICE O. GIELEN, Fed. Bar No. 00577
DIANE C. BRISTOW, Fed. Bar No. 26782
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282
(410) 332-8523
FAX: (410) 332-8594

Attorneys for Plaintiffs

_____
CAROL SCOTT STEVENS, Defendant

_____
MARK L. MCDONALD, Defendant

188426 – 1730.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2003, a copy of the Stipulation of Dismissal with Prejudice was sent by first class mail to Carol Scott Stevens and Mark L. McDonald, 111 Park Avenue, Elberon, New Jersey 07740, Defendants.

_____
Diane C. Bristow
Neuberger Quinn Gielen Rubin & Gibber, PA
One South Street, 27th Floor
Baltimore, MD 21202-3282

Attorneys for Plaintiffs